38389

RECEIVED
BY MAIL
SEP 21 2001
CLERK US DIST COURT
ST. PAUL, MN

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

## PETITION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-1092 Case Title: Barclay v. Chronimed, Inc.

**Affidavit of Movant**

I, Gregg Fishbein, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Jeffrey Leibell, an attorney admitted to practice in the Southern District of New York, but not admitted to the bar of this court, who will be counsel for the (X)plaintiff ()defendant Third Point Management in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

Gregg Fishbein — Signature
202009 — MN Attorney License #
9/20/01 — Date

**Affidavit of Proposed Admittee**

I, Jeffrey Leibell, am currently a member in good standing of the U.S. District Court for the Southern District of New York, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Jeffrey Leibell — Type/Print Name
[signature] — Signature
9/17/01 — Date

Attorney License Number: N/A

Law Firm Name & Address: Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas, 33rd floor
New York, New York 10019
Telephone: (212) 554-1400

Motion Granted: [signature]
For the Court: Francis E. Dosal, Clerk

SEP 21 2001 — Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99