RECEIVED 13/39%
BY MAIL

UNITED STATES DISTRICT COURT  SEP 21 2001
District of Minnesota
Clerk's Office, 708 Federal Building,  CLERK US DIST COURT
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100  ST. PAUL, MN

## PETITION FOR ADMISSION PRO HAC VICE

Case Number: __01 CV-1092__   Case Title: __Barclay v. Chronimed, Inc.__

### Affidavit of Movant

I, __Greg Fishbein__, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice __Daniel L. Berger__ an attorney admitted to practice in the __Southern__ District of __New York__, but not admitted to the bar of this court, who will be counsel for the (X)plaintiff ( )defendant __Third Point Management__ in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

_____   __202089__   __9/20/01__
Signature                 MN Attorney License #   Date

### Affidavit of Proposed Admittee

I, __Daniel L. Berger__ am currently a member in good standing of the U.S. District Court for the __Southern__ District of __New York__, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

__Daniel L. Berger__   _____   __9/19/01__
Type/Print Name          Signature                 Date

Attorney License
Number: _____

Law Firm Name & Address: __Bernstein Litowitz Berger & Grossmann LLP__
__1285 Avenue of the Americas, 33rd Fl.__
__New York, New York 10019__
Telephone: (212) 554-1400

Motion Granted: _____   SEP 20 2001
For the Court: Francis E. Dosal, Clerk                Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99