UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re Chronimed, Inc.
Securities Litigation

Master File No. 01-1092 DWF/AJB

This document relates to:
"All Actions"

# STIPULATION

WHEREAS, United States Magistrate Judge Arthur Boylan issued a Pretrial Scheduling Order on August 1, 2002; and

WHEREAS, the Order provides that discovery shall be completed by June 2, 2003 and the remainder of the discovery plan and motions follow from that date; and

WHEREAS, the parties have been engaging in meaningful settlement discussions; and

WHEREAS, it is the collective view of the parties that they wish to continue discussing settlement and that it makes economic sense to postpone the scheduling of depositions until it is known how the settlement discussions will conclude; and

WHEREAS, the parties agree that the present Order should be amended to allow those discussions to continue; and

WHEREAS, this is the first time that the parties have sought to amend the Pretrial Scheduling Order,

IT IS HEREBY STIPULATED, by and among lead counsel of record herein, that the attached Order amending the Pretrial Scheduling Order may be entered by the Court.

FILED MAY 30 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: May 28, 2003

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

By ___________________________
Richard A. Lockridge (#64117)
Gregg M. Fishbein (#202009)
Gregory J. Myers (#0287398)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Daniel L. Berger
Jeffrey N. Leibell
Avi Josefson
1285 Avenue of the Americas
New York, NY 10019
Tel: (212) 554-1400

**ATTORNEYS FOR CLASS PLAINTIFFS**

Dated: May 28, 2003

**DORSEY & WHITNEY LLP**

By ___________________________
Peter W. Carter (#0227985)
Heather J. Klaas (#283319)
Mitchell W. Granberg (#0285687)
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
Tel: (612) 340-2600

**ATTORNEYS FOR DEFENDANTSS**

**ORDER**

IT IS HEREBY ORDERED THAT the Pretrial Scheduling Order dated August 1, 2002 in the above-referenced matter is modified in the following manner:

1. All discovery shall be commenced in time to be completed by September 2, 2003

2. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B) accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

    a. By Plaintiffs on or before September 30, 2003

    b. By Defendants on or before October 30, 2003

    c. Any rebuttal reports shall be disclosed on or before November 14, 2003

3. All nondispositive motions, other than motions which seek to amend the pleadings or add parties, and supporting documents, including those which relate to discovery, shall be served and filed by September 30, 2003

4. Discovery motions which relate to experts shall be served and filed by December 15, 2003

5. All dispositive motions shall be served and filed by the parties by January 16, 2004

6. The case shall be ready for a Jury trial on March 1, 2004, or upon resolution of any pending dispositive motions

All other deadlines set forth in the Pretrial Scheduling shall remain the same

Dated: May 28th, 2003.

BY THE COURT

ARTHUR J. BOYLAN
United States Magistrate Judge

317402- 1