# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | | |
|---|---|---|
| JUDITH BARCLAY, ET AL., | ) | **COURT MINUTES** |
| | ) | BEFORE: DONOVAN W. FRANK |
| Plaintiff, | ) | U.S. Judge |
| | ) | |
| v. | ) | Case No: 01-1092 (DWF/AJB) |
| | ) | Date: March 15, 2004 |
| CHRONIMED, INC., ET AL., | ) | Court Reporter: JEANNE ANDERSON |
| | ) | Time Commenced: 11:00 AM |
| Defendant. | ) | Time Concluded: 11:54 PM |
| | ) | Time in Court: 00 Hour & 45 Minutes |
| | ) | |

Hearing on: **MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND NOTICE TO CLASS** (THIS IS THE MASTER CASE, 8 OTHER CASES INCLUDED)

APPEARANCES:

Plaintiff: GREG MYERS, JEFF LEIBELL(by telephone)
Defendant: PETER CARTER, HEATHER KLAAS

PROCEEDINGS:

9 Plaintiff's Witnesses:
9 Plaintiff' Exhibits:
9 Defendant's Witnesses:
9 Defendant's Exhibits:

**IT IS ORDERED THAT: MOTION GRANTED. Notices to be sent to class members. The next hearing regarding settlement is scheduled for June 18, 2004 at 11:00 AM. ORDER TO BE SIGNED AND FILED.**

9 **Submitted** 9 **Sustained** 9 **Overruled**
9 Brief time set:
9 Written order forthcoming.

s/Lowell Lindquist
Deputy Clerk