**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| IN RE CHRONIMED INC. SECURITIES LITIGATION | ) | Master File No. 01-CV-1092 (DWF/AJB) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) | |

I hereby certify that on June 11, 2004, I caused the following documents:

1. **Affidavit of Jack R. Digiovanni**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Carolyn Glass Anderson
Charles S. Zimmerman
ZIMMERMAN REED
651 Nicollet Mall, Ste. 501
Minneapolis, MN 55402-4123

Peter W. Carter
Heather J. Klaas
Mitchell Widell Granberg
DORSEY & WHITNEY
50 6th Street South, Ste. 1500
Minneapolis, MN 55402-1498

Dated: June 11, 2004

**s/Gregory J. Myers**
Gregory J. Myers
Bar No.: 287398
Richard A. Lockridge
Bar No.: 64117
Gregg M. Fishbein
Bar No.: 202009
Attorneys for Plaintiff
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Fax: (612) 339-0981