**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| IN RE CHRONIMED INC. SECURITIES LITIGATION | ) ) ) | Master File No. 01-CV-1092 (DWF/AJB) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) | |

TO: DEFENDANTS AND THEIR ATTORNEYS PETER W. CARTER AND HEATHER J. KLAAS, DORSEY & WHITNEY LLP, SUITE 1500, 50 SOUTH SIXTH STREET, MINNEAPOLIS, MN 55402-1498

**NOTICE OF MOTION FOR APPROVAL OF SETTLEMENT, THE PLAN OF ALLOCATION AND AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

PLEASE TAKE NOTICE that Lead Plaintiff will move the Court on Friday, June 18, 2004 at 11:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable Judge Donovan W. Frank, United States District Court, Courtroom 738, Warren E. Burger Federal Bldg., 316 North Robert Street, St. Paul, Minnesota, for Orders seeking (i) final approval of the settlement reached in the above-captioned action, as well as the Plan of Allocation; and (ii) an award of attorneys' fees and reimbursement of expenses to Plaintiff's counsel.

Dated: June 15, 2004

**s/Gregory J. Myers**
Richard A. Lockridge
Bar No.: 64117
Gregg M. Fishbein
Bar No.: 202009
Gregory J. Myers
Bar No.: 287398
Attorneys for Plaintiff
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401

Telephone: (612) 339-6900
Fax: (612) 339-0981

Daniel L. Berger
Jeffrey N. Leibell
Avi Josefson
Attorneys for Plaintiff
BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
1285 Avenue of the Americas, 33rd Floor
New York, NY 10019
Telephone: (212) 554-1400