**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| IN RE CHRONIMED INC. SECURITIES LITIGATION | ) | Master File No. 01-CV-1092 (DWF/AJB) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) | |

**AFFIDAVIT OF DANIEL L. BERGER IN SUPPORT OF APPLICATION FOR REIMBURSEMENT OF FEES AND EXPENSES FILED ON BEHALF OF BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

STATE OF NEW YORK )
) ss.
COUNTY OF NEW YORK )

Daniel L. Berger, being first duly sworn, upon oath states:

1. I am a partner at the law firm of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz"), and am one of the attorneys representing the Class Plaintiffs in this matter.

2. I make this affidavit in support of the Application for Reimbursement of Fees and Expenses.

3. The chart attached hereto as Exhibit A contains a summary of the time spent by the attorneys and paralegals of Bernstein Litowitz on this litigation, and the lodestar calculation based on Bernstein Litowitz's current billing rates. The chart includes the name of each attorney and paralegal who has worked on this matter, the hours expended and their current hourly billing rate. The chart was prepared from contemporaneous, daily time records regularly prepared and maintained by Bernstein

Litowitz. Time spent in preparing this Affidavit in support of Bernstein Litowitz's application for fees and reimbursement of expenses has not been included in this chart.

4. With respect to the standing of counsel in this case, attached hereto as Exhibit B is Bernstein Litowitz' resume, including brief biographies of the principal Bernstein Litowitz attorneys who worked on this litigation.

5. From the inception of the case through May 31, 2004, Bernstein Litowitz incurred a total of 872.25 hours on behalf of plaintiffs and the Class in this litigation. The total lodestar amount for these hours based on Bernstein Litowitz's current hourly billing rates is $338,445.00.

6. As Lead Counsel, Bernstein Litowitz was involved in all aspects of the case. We investigated the claims asserted against the Defendants and prepared the Amended and Consolidated Class Action Complaint (the "Complaint") – the operative complaint in this Action. We briefed Plaintiff's memorandum in opposition to the Defendants' motion to dismiss, and that motion was successfully argued by Jeffrey N. Leibell, Senior Counsel to Bernstein Litowitz. We prepared discovery requests to Defendants and in took depositions of third party witnesses and party witnesses. Bernstein Litowitz also assisted in the review of several hundred thousand pages of documents contained in more than 200 oversized bankers boxes produced by Defendants, and assisted in negotiating discovery disputes with the Defendants. In addition, Bernstein Litowitz subpoenaed documents from a third party and filed and briefed a motion to compel compliance with the subpoena. Bernstein Litowitz conducted negotiations which led to the settlement of this case. Bernstein Litowitz also assisted in the preparation of

the settlement documents and in presenting the motion for preliminary approval to the Court.

7. Bernstein Litowitz expended a total of $61,499.12 in unreimbursed expenses in connection with the prosecution of this litigation broken down as follows:

| Category | Amount |
|---|---|
| Copying | $ 454.50 |
| Investigation Services | 15,668.68 |
| Telephone and Fax Charges | 364.14 |
| Postage and Express Delivery | 186.81 |
| Travel | 6,906.01 |
| Meals | 1,691.56 |
| Staff Overtime | 52.74 |
| Assessments, net | 28,659.83 |
| Computer Legal Research | 7,201.10 |
| Service of Process | 238.75 |
| Court Fees | 75.00 |
| **TOTAL** | **$61,499.12** |

8. Bernstein Litowitz also managed the Litigation Fund maintained by Lead and Liaison Counsel for payment of joint expenditures in this Action. Lead and Liaison Counsel contributed a total of $60,000 to the Litigation Fund. The expenditures of the Litigation Fund, detailed below, totaled $57,319.66. The Litigation Funds has a current balance of $2,680.34, equal portions of which will be distributed to Class and Liaison Counsel, and have been deducted from each firm's expense reimbursement request.

| Category | Amount |
|---|---|
| Copying | $49,817.50 |
| Court and Deposition Reporting | 6,117.92 |

| | |
|---|---|
| Investigation Services | 1,367.24 |
| Account Maintenance | 17.00 |
| **TOTAL** | **$57,319.66** |

9. The expenses incurred pertaining to this case are reflected on the books and records of this firm. These books and records are prepared from expense vouchers and check records prepared in the normal course of business and are an accurate record of the expenses incurred.

Dated: June 11, 2004

**s/Daniel L. Berger**
Daniel L. Berger
Jeffrey N. Leibell
Avi Josefson
Attorneys for Plaintiff
BERNSTEIN LITOWITZ BERGER
& GROSSMANN
1285 Avenue of the Americas, 38th Florr
New York, New York 10019
Telephone: (212) 554-1400
Fax: (212) 554-1400

Subscribed and sworn to before me
this 11th day of June, 2004.

**s**/Jeffrey N. Leibell
Notary Public

# EXHIBIT A

## In re Chronimed Inc. Securities Litigation

Firm: Bernstein Litowitz Berger & Grossmann LLP

Period: Inception through May 31, 2004

| NAME AND POSITION | CURRENT HOURLY RATE | TOTAL HOURS | TOTAL LODESTAR |
|---|---|---|---|
| Daniel L. Berger (P) | $650.00 | 35.75 | $23,237.50 |
| Max W. Berger (P) | $695.00 | 22.75 | $15,811.25 |
| Douglas M. McKeige(P) | $650.00 | 58.50 | $38,025.000 |
| Jeffrey N. Leibell (SC) | $450.00 | 242.50 | $109,125.00 |
| Avi Josefson (A) | $330.00 | 300.25 | $99,082.50 |
| Tracy Hoffman (A) | $240.00 | 59.50 | $14,280.00 |
| Stacy Osborne (A) | $335.00 | 41.75 | $13,986.25 |
| Steve Mellen (A) | $305.00 | 25.00 | $7,625.00 |
| Pat Gillane (A) | $425.00 | 6.75 | $2,868.75 |
| Nick DeFeilippis | $250.00 | 7.50 | $1,875.00 |
| Maureen Duncan (PL) | $185.00 | 4.75 | $878.75 |
| Judy Goldfien (PL) | $185.00 | 7.75 | $1,433.75 |
| Eileen McNerney (PL) | $185.00 | 16.00 | $2,960.00 |
| David Shyer (PL) | $135.00 | 13.00 | $1,755.00 |
| Larry Silvestro (PL) | $185.00 | 15.50 | $2,867.50 |
| Theresa Watts (PL) | $175.00 | 4.00 | $700.00 |
| Natalie Williams (PL) | $175.00 | 10.75 | $1,881.25 |
| Carol A. Chapman (PL) | $210.00 | .25 | $52.50 |
| **TOTALS** | | 872.25 | $338,445.00 |

Key:
P = Partner SC = Senior Counsel
A = Associate CA = Case Analyst
PL = Paralegal

# EXHIBIT B

## BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

Bernstein Litowitz Berger & Grossmann LLP, a firm of over 30 attorneys in offices located in New York, California, New Jersey and Louisiana, prosecutes class and private actions, nationwide, on behalf of individual and institutional clients. The firm's litigation practice concentrates in the areas of securities class actions in federal and state courts; corporate governance litigation, including claims for breach of fiduciary duty and proxy violations; antitrust; prosecuting violations of federal and state anti-discrimination laws and vindication of employee rights; and consumer class actions. We also handle, on behalf of major institutional clients and lenders, more general complex commercial litigation involving allegations of breach of contract, accountants' liability, breach of fiduciary duty, fraud and negligence.

We are the nation's leading firm in representing institutional investors in securities fraud class action litigation. The firm's institutional client base includes the New York State Common Retirement Fund, the California Public Employees Retirement System (CalPERS), and the New York City Pension Funds, the largest public pension funds in the United States, collectively managing over $300 billion in assets; the Los Angeles County Employees' Retirement Association (LACERA); the Chicago Municipal, Police and Labor Retirement Systems; the State of Wisconsin Investment Board; the Retirement Systems of Alabama; the Connecticut Retirement Plans and Trust Funds; the City of Detroit Pension Systems; the Houston Firefighters' and Municipal Employees' Pension Funds; the Louisiana School, State, Teachers and Municipal Police Retirement Systems; the Public School Teachers' Pension and Retirement Fund of Chicago; the New Jersey Division of Investment of the Department of the Treasury;

TIAA-CREF and other private institutions; as well as numerous other public and Taft-Hartley pension entities.

Since its founding in 1983, Bernstein Litowitz Berger & Grossmann LLP has litigated some of the most complex cases in history. Unique among its peers, the firm has obtained many of the largest securities recoveries in history. For example, the firm was Co-Lead Counsel in *In re Cendant Corporation Securities Litigation,* which settled for more than $3 billion in cash. This settlement is the largest ever recovered from a public company and a public accounting firm and includes some of the most significant corporate governance changes ever achieved through securities class action litigation. The firm represented Lead Plaintiffs CalPERS, the New York State Common Retirement Fund, and the New York City Pension Funds on behalf of all purchasers of Cendant securities during the class period.

We are currently Co-Lead Counsel for the class (again representing Lead Plaintiff the New York State Common Retirement Fund) in *In re WorldCom, Inc. Securities Litigation,* arising from the financial fraud and subsequent bankruptcy at WorldCom, Inc., now the largest securities fraud action in history. On May, 10, 2004, Lead Plaintiff agreed to settle all claims against the Citigroup defendants for a cash settlement of $2.65 billion, now the second largest recovery in history after *Cendant*. The case continues against the remaining defendants.

Additionally, the firm was lead counsel in the celebrated *In re Washington Public Power Supply System Litigation,* which, after seven years of litigation and three months of jury trial, resulted in what was then the largest securities fraud settlement ever – over $750 million. In 2003, the firm, as Co-Lead Counsel representing numerous public pension fund and institutional investor Lead Plaintiffs, obtained two more of the largest securities settlements in history. A settlement package composed of cash, stock and warrants currently valued at greater than $600

million resolved the *In re Lucent Technologies, Inc. Securities Litigation*, and DaimlerChrysler agreed to pay $300 million to settle the *In re DaimlerChrysler Securities Litigation.*

The firm's prosecution of Arthur Andersen LLP, for Andersen's role in the 1999 collapse of the Baptist Foundation of Arizona ("BFA"), received intense national and international media attention. As lead trial counsel for the defrauded BFA investors, the firm obtained a cash settlement of $217 million from Andersen in May 2002, after six days of what was scheduled to be a three month trial. In combination with prospective BFA asset sales and a settlement with BFA's former law firm, it is expected that the over 11,000 retirees and investors will recover over 70% of their losses. The case was covered in great detail by *The Wall Street Journal*, *The New York Times*, *The Washington Post*, *60 Minutes II*, National Public Radio and the BBC as well as various other international news outlets.

Equally important, Bernstein Litowitz Berger & Grossmann LLP has successfully advanced novel and socially beneficial principles by developing important new law in the areas in which we litigate.

The firm served as co-lead counsel on behalf of Texaco's African-American employees in *Roberts v. Texaco Inc.*, which similarly resulted in the largest settlement ever in a race discrimination case. The creation of a Task Force to oversee Texaco's human resources activities for five years was unprecedented and will, undoubtedly, serve as a model for public companies into the next century.

On behalf of twelve public pension funds, including the New York State Common Retirement Fund, CalPERS, LACERA and other institutional investors, the firm successfully prosecuted *McCall v. Scott*, a derivative suit filed against the directors and officers of Columbia/HCA Healthcare Corporation, the subject of the largest health care fraud investigation

in history. This settlement, announced in February 2003, included a landmark corporate governance plan which went well beyond all recently enacted regulatory reforms, greatly enhancing the corporate governance structure in place at HCA.

In the consumer field, the firm has gained a nationwide reputation for vigorously protecting the rights of individuals and for achieving exceptional settlements. In several instances, the firm has obtained recoveries for consumer classes that represented the entirety of the class' losses – an extraordinary result in consumer class cases. Additionally, the firm has become a leader in the area of Internet Privacy and is counsel in several of the seminal cases that have been brought on behalf of Internet users whose personal information is being intercepted and sent to Web-based companies.

Our firm is dedicated to litigating with the highest level of professional competence, striving to secure the maximum possible recovery for our clients in the most efficient and professionally responsible manner. In those cases where we have served as either lead counsel or as a member of plaintiffs' executive committee, the firm has recovered billions of dollars for our clients.

## THE FIRM'S PRACTICE AREAS

### Securities Fraud Litigation

Securities fraud litigation is the cornerstone of the firm's class action litigation practice. Since its founding, the firm has tried and settled many high profile securities fraud class actions and continues to play a leading role in major securities litigation pending in federal and state courts. Moreover, since passage of the Private Securities Litigation Reform Act of 1995, which sought to encourage institutional investors to become more pro-active in securities fraud class

action litigation, the firm has become the nation's leader in representing institutional investors in securities fraud and derivative litigation.

The firm has the distinction of having prosecuted many of the most complex and high-profile cases in securities law history, recovering billions of dollars and obtaining unprecedented corporate governance reforms on behalf of our clients. Several of the firm's high-profile current prosecutions and outstanding accomplishments as class counsel – cases like *In re Cendant Corporation Securities Litigation*, which settled for over $3 billion in cash – are detailed in our Recent Actions and Significant Recoveries section beginning on page 14.

The attorneys in the securities fraud litigation practice group have extensive experience in the laws that regulate the securities markets and in the disclosure requirements of corporations that issue publicly traded securities. Many of the attorneys in this practice group also have accounting backgrounds and one is a certified public accountants. The group has access to state-of-the-art, online financial wire services and databases, which enable them to instantaneously investigate any potential securities fraud action involving a public company's debt and equity securities.

**Corporate Governance and Shareholders' Rights**

The corporate governance and shareholders' rights practice group prosecutes derivative actions, claims for breach of fiduciary duty and proxy violations on behalf of individual and institutional investors in state and federal courts throughout the country. The group has prosecuted actions challenging numerous highly publicized corporate transactions which violated fair process and fair price, and the applicability of the business judgment rule. The group has also addressed issues of corporate waste, shareholder voting rights claims, and executive

compensation. As a result of the firm's high profile and widely recognized capabilities, the corporate governance practice group is increasingly in demand by institutional investors who are exercising a more assertive voice with corporate boards regarding corporate governance issues and the board's accountability to shareholders. A major component of the *Cendant* settlement referenced above is Cendant's agreement to adopt the most extensive corporate governance changes in history.

**Employment Discrimination and Civil Rights**

The employment discrimination and civil rights practice group prosecutes class and multi plaintiff actions, and other high impact litigation against employers and other societal institutions that violate federal or state employment, anti-discrimination and civil rights laws. The practice group represents diverse clients on a wide range of issues including Title VII actions, race, gender, sexual orientation and age discrimination suits, sexual harassment and "glass ceiling" cases in which otherwise qualified employees are passed over for promotions to managerial or executive positions.

Bernstein Litowitz Berger & Grossmann LLP is committed to effecting positive social change in the workplace and in society. The practice group has the necessary financial and human resources to ensure that the class action approach to discrimination and civil rights issues is successful. This litigation method serves to empower employees and other civil rights victims, who are usually discouraged from pursuing litigation because of personal financial limitations, and offers the potential for effecting the greatest positive change for the greatest number of people affected by discriminatory practice in the workplace. As stated, the firm's practice group

recently settled the Texaco Inc. racial discrimination lawsuit for $176 million, the largest settlement in the history of employment discrimination cases.

**Consumer Advocacy**

The consumer advocacy practice group at Bernstein Litowitz Berger & Grossmann LLP prosecutes cases across the entire spectrum of consumer rights, consumer fraud and consumer protection issues. The firm represents victimized consumers in state and federal courts nationwide in individual and class action lawsuits that seek to provide consumers and purchasers of defective products with a means to recover their damages. The attorneys in this group are well versed in the vast array of laws and regulations that govern consumer interests and are aggressive, effective, court-tested litigators. The consumer practice advocacy group has recovered hundreds of millions of dollars for millions of consumers throughout the country. Most notably, in a number of cases, the firm has obtained recoveries for the class that were the entirety of the potential damages suffered by the consumer. For example, in recent actions against MCI and Empire Blue Cross, the firm recovered all of the damages suffered by the class.

The group has achieved its successes by advancing innovative claims and theories of liabilities, such as obtaining recent decisions in Pennsylvania and Illinois appellate courts that adopted a new theory of consumer damages in mass marketing cases. Bernstein Litowitz Berger & Grossmann LLP is, thus, able to lead the way in protecting the rights of consumers. For example, the firm has recently become a recognized leader in the new area of Internet privacy, where it is prosecuting several seminal cases on behalf of Web users whose personal information has been unwittingly intercepted and sent to Internet companies in violation of federal statutes and state law.

**THE COURTS SPEAK**

Throughout the firm's history, many courts have recognized the professional competence and diligence of the firm and its members. A few examples are set forth below.

Judge Denise Cote (United States District Court for the Southern District of New York), regarding the prosecution of *In re WorldCom, Inc. Securities Litigation*: "I have the utmost confidence in plaintiffs' counsel . . . they have been doing a superb job. . . . The Class is extraordinarily well represented in this litigation."

* * *

In granting the Court's approval of the resolution and prosecution of in *McCall v. Scott,* a shareholder derivative lawsuit against certain former senior executives of HCA Healthcare (formerly Columbia/HCA), Senior Judge Thomas A. Higgins (United States District Court, Middle District of Tennessee) said that the settlement "confers an exceptional benefit upon the company and the shareholders by way of the corporate governance plan. . . . Counsel's excellent qualifications and reputations are well documented in the record, and they have litigated this complex case adeptly and tenaciously throughout the six years it has been pending. They assumed an enormous risk and have shown great patience by taking this case on a contingent basis, and despite an early setback they have persevered and brought about not only a large cash settlement but sweeping corporate reforms that may be invaluable to the beneficiaries."

* * *

Judge Walls (District of New Jersey), in approving the $3.2 billion *Cendant* settlement, said that the recovery from all defendants, which represents a 37% recovery to the Class, "far exceeds recovery rates of any case cited by the parties." The Court also held that the $335 million separate recovery from E&Y is "large" when "[v]iewed in light of recoveries against accounting firms for securities damages." In granting Lead Counsel's fee request, the Court determined that "there is no other catalyst for the present settlement than the work of Lead Counsel. . . . This Court, and no other judicial officer, has maintained direct supervision over the parties from the outset of litigation to the present time. In addition to necessary motion practice, the parties regularly met with and reported to the Court every five or six weeks during this period about the status of negotiations between them. . . . [T]he Court has no reason to attribute a portion of the Cendant settlement to others' efforts; Lead Counsel were the only relevant material factors for the settlement they directly negotiated." The Court found that "[t]he quality of result, measured by the size of settlement, is very high. . . . The Cendant settlement amount

alone is over three times larger than the next largest recovery achieved to date in a class action case for violations of the securities laws, and approximately ten times greater than any recovery in a class action case involving fraudulent financial statements. . . . The E&Y settlement is the largest amount ever paid by an accounting firm in a securities class action." The Court went on to observe that "the standing, experience and expertise of the counsel, the skill and professionalism with which counsel prosecuted the case and the performance and quality of opposing counsel were high in this action. Lead Counsel are experienced securities litigators who ably prosecuted the action." The Court concluded that this Action resulted in "excellent settlements of uncommon amount engineered by highly skilled counsel with reasonable cost to the class."

* * *

After approving the settlement in *Alexander v. Pennzoil Company*, the Honorable Vanessa D. Gilmore of the United States District Court for the Southern District of Texas ended the settlement hearing by praising our firm for the quality of the settlement and our commitment to effectuating change in the workplace. "... the lawyers for the plaintiffs ... did a tremendous, tremendous job. ... not only in the monetary result obtained, but the substantial and very innovative programmatic relief that the plaintiffs have obtained in this case ... treating people fairly and with respect can only inure to the benefit of everybody concerned. I think all these lawyers did an outstanding job trying to make sure that that's the kind of thing that this case left behind."

* * *

On February 23, 2001, the United States District Court for the Northern District of California granted final approval of the $259 million cash settlement in *In re 3Com Securities Litigation*, the largest settlement of a securities class action in the Ninth Circuit since the Private Securities Litigation Reform Act was passed in 1995, and the fourth largest recovery ever obtained in a securities class action. The district court, in an Order entered on March 9, 2001, specifically commented on the quality of counsel's efforts and the settlement, holding that "counsel's representation [of the class] was excellent, and ... the results they achieved were substantial and extraordinary." The Court described our firm as "among the most experienced and well qualified in this country in [securities fraud] litigation."

* * *

United States District Judge Todd J. Campbell of the Middle District of Tennesee heard arguments on Plaintiffs' Motion for Preliminary Injunction in *Cason v. Nissan Motor Acceptance*

*Corporation Litigation*, the highly publicized discriminatory lending class action, on September 5, 2001. He exhibited his own brand of candor in commenting on the excellent work of counsel in this matter: "In fact, the lawyering in this case... is as good as I've seen in any case. So y'all are to be commended for that."

* * *

In approving the $30 million settlement in the *Assisted Living Concepts, Inc. Securities Litigation*, the Honorable Ann L. Aiken of the Federal District Court in Oregon, praised the recovery and the work of counsel. She stated that, "...without a doubt...this is a...tremendous result as a result of very fine work...by the...attorneys in this case."

* * *

The Honorable Judge Edward A. Infante of the United States District Court for the Northern District of California expressed high praise for the settlement and the expertise of plaintiffs' counsel when he approved the final settlement in the *Wright v. MCI Communications Corporation* consumer class action. "The settlement. . . . is a very favorable settlement to the class. . . . to get an 85% result was extraordinary, and plaintiffs' counsel should be complimented for it on this record. . . . The recommendations of experienced counsel weigh heavily on the court. The lawyers before me are specialists in class action litigation. They're well known to me, particularly Mr. Berger, and I have confidence that if Mr. Berger and the other plaintiffs' counsel think this is a good, well-negotiated settlement, I find it is." The case was settled for $14.5 million.

* * *

At the recent *In re Computron Software, Inc. Securities Litigation* settlement hearing, Judge Alfred J. Lechner, Jr. of the United States District Court for the District of New Jersey approved the final settlement and commended Bernstein Litowitz Berger & Grossmann's efforts on behalf of the Class. "I think the job that was done here was simply outstanding. I think all of you just did a superlative job and I'm appreciat[ive] not only for myself, but the court system and the plaintiffs themselves. The class should be very, very pleased with the way this turned out, how expeditiously it's been moved." In *In re Computron Software, Inc. Securities Litigation* was a securities fraud class action filed on behalf of shareholders who purchased Computron common stock at inflated prices due to alleged misrepresentation about the company's financial obligation. The case settled for $15 million dollars.

* * *

The *In re Louisiana-Pacific Corporation Securities Litigation*, filed in the United States District Court, District of Oregon, was a securities class action alleging fraud and misrepresentations in connection with the sale of defective building materials. Our firm, together with co-lead counsel, negotiated a settlement of $65.1 million, the largest securities fraud settlement in Oregon history, which was approved by Judge Robert Jones on February 12, 1997. The Court there recognized that ". . . the work that is involved in this case could only be accomplished through the unique talents of plaintiffs' lawyers. . . which involved a talent that is not just simply available in the mainstream of litigators."

* * *

Judge Kimba M. Wood of the United States District Court for the Southern District of New York, who presided over the six-week securities fraud class action jury trial in *In re ICN/Viratek Securities Litigation*, also recently praised our firm for the quality of the representation afforded to the class and the skill and expertise demonstrated throughout the litigation and trial especially. The Court commented that ". . . plaintiffs' counsel did a superb job here on behalf of the class. . . This was a very hard fought case. You had very able, superb opponents, and they put you to your task. . . The trial work was beautifully done and I believe very efficiently done. . ."

* * *

Similarly, the Court in the *In re Prudential-Bache Energy income Partnership Securities Litigation*, United States District Court, Eastern District of Louisiana, recognized Bernstein Litowitz Berger & Grossmann LLP's ". . . professional standing among its peers." In that case, which was settled for $120 million, our firm served as Chair of Plaintiffs' Executive Committee.

* * *

In the landmark securities fraud case, *In re Washington Public Power Supply System Litigation* (United States District Court, District of Arizona), the district court called the quality of representation "exceptional," noting that "[t]his was a case of overwhelmingly unique proportions. . . a rare and exceptional case involving extraordinary services on behalf of Class plaintiffs." The Court also observed that "[a] number of attorneys dedicated significant portions of their professional careers to this litigation, . . . champion[ing] the cause of Class members in the face of commanding and vastly outnumbering opposition. . . [and] in the face of uncertain victory. . . . [T]hey succeeded admirably."

* * *

Likewise, in *In re Electro-Catheter Securities Litigation*, where our firm served as co-lead counsel, Judge Nicholas Politan of the United States District Court for New Jersey said:

> Counsel in this case are highly competent, very skilled in this very specialized area and were at all times during the course of the litigation...always well prepared, well spoken, and knew their stuff and they were a credit to their profession. They are the top of the line.

* * *

In our ongoing prosecution of the *In re Bennett Funding Group Securities Litigation*, the largest "Ponzi scheme" fraud in history, partial settlements totaling over $140 million have been negotiated for the class. While the action continues to be prosecuted against other defendants, the United States District Court for the Southern District of New York has already found our firm to have been "extremely competent" and of "great skill" in representing the class.

* * *

Judge Sarokin of the United States District Court for the District of New Jersey, after approving the $30 million settlement in *In re First Fidelity Bancorporation Securities Litigation*, a case in which were lead counsel, praised the ". . . outstanding competence and performance" of the plaintiffs' counsel and expressed "admiration" for our work in the case.

## RECENT ACTIONS & SIGNIFICANT RECOVERIES

Currently, Bernstein Litowitz Berger & Grossmann LLP is counsel in many diverse nationwide class and individual actions and has obtained many of the largest and most significant recoveries in history. Some examples from our practice groups include:

**Securities Class Actions**

- ***In re WorldCom, Inc. Securities Litigation*** (United States District Court for the Southern District of New York) The largest securities fraud class action in history. The court appointed BLB&G client the **New York State Common Retirement Fund** as Lead Plaintiff and the firm as Lead Counsel for the class in this securities fraud action arising from the financial fraud and subsequent bankruptcy at WorldCom, Inc. The complaints in this litigation allege that WorldCom and others disseminated false and misleading statements to the investing public regarding its earnings and financial condition in violation of the federal securities and other laws. As a result, investors suffered tens of billions of dollars in losses. The Complaint further alleges a nefarious relationship between Salomon Smith Barney and WorldCom, carried out primarily by Salomon employees involved in providing investment banking services to WorldCom (most notably, Jack Grubman, Salomon's star telecommunications analyst), and by WorldCom's former CEO and CFO, Bernard J. Ebbers and Scott Sullivan, respectively. On November 21, 2002, the Court granted the Common Retirement Fund's request for a partial lifting of the PSLRA discovery stay. The Court's opinion requires WorldCom to produce the approximately one million pages it has previously produced to Congress, the SEC, and the grand jury in the government's criminal investigation into the alleged fraud surrounding the Company's bankruptcy. On May, 10, 2004, Lead Plaintiff agreed to settle all claims against the Citigroup defendants for a cash settlement of $2.65 billion. The case continues against the remaining defendants.

- ***In re Cendant Corporation Securities Litigation*** -- (United States District Court, District of New Jersey) Securities class action filed against Cendant Corporation, its officers and directors and Ernst & Young, its auditors. Cendant settled the action for $2.8 billion and Ernst & Young settled for $335 million. The settlements are the largest in history in a securities fraud action. Plaintiffs allege that the company disseminated materially false and misleading financial statements concerning CUC's revenues, earnings and expenses for its 1997 fiscal year. As a result of company-wide accounting irregularities, Cendant has restated its financial results for its 1995, 1996 and 1997 fiscal years and all fiscal quarters therein. The firm represents Lead Plaintiffs **CalPERS** - the **California Public Employees Retirement System**, the **New York State Common Retirement Fund** and the **New York City Pension Funds**, the three largest public pension funds in America, in this action.

- ***Baptist Foundation of Arizona v. Arthur Andersen, LLP*** -- (Superior Court of the State of Arizona in and for the County of Maricopa) Firm client, the **Baptist Foundation of Arizona Liquidation Trust** ("BFA") filed a lawsuit charging its former auditors, the "Big Five" accounting firm of Arthur Andersen LLP, with negligence in conducting its

annual audits of BFA's financial statements for a 15-year period beginning in 1984, and culminating in BFA's bankruptcy in late 1999. Investors lost hundreds of millions of dollars as a result of BFA's demise. The lawsuit alleges that Andersen ignored evidence of corruption and mismanagement by BFA's former senior management team and failed to investigate suspicious transactions related to the mismanagement. These oversights of accounting work, which were improper under generally accepted accounting principles, allowed BFA's undisclosed losses to escalate to hundreds of million of dollars, and ultimately resulted in its demise. On May 6, 2002, after one week of trial, Andersen agreed to pay $217 million to settle the litigation. The court approved the settlement on September 13, 2002 and, ultimately, investors are expected to recover 70% of their losses.

- ***HealthSouth Corporation Bondholder Litigation*** -- (United States District Court for the Northern District of Alabama {Southern Division}) On March 19, 2003, the investment community was stunned by the charges filed by the Securities and Exchange Commission against Birmingham, Alabama based HealthSouth Corporation and its former Chairman and Chief Executive Officer, Richard M. Scrushy, alleging a "massive accounting fraud." Stephen M. Cutler, the SEC's Director of Enforcement, said "HealthSouth's fraud represents an appalling betrayal of investors." According to the SEC, HealthSouth overstated its earnings by at least $1.4 billion since 1999 at the direction of Mr. Scrushy. Subsequent revelations have disclosed that the overstatement actually exceeded over $2.4 billion, virtually wiping out all of HealthSouth's reported profits for the last five years. A number of executives at HealthSouth, including its most senior accounting officers -- including every chief financial officer in HealthSouth's history -- have pleaded guilty to criminal fraud charges. In the wake of these disclosures, numerous securities class action lawsuits have been filed against HealthSouth and certain individual defendants. On June 24, 2003, the Honorable Karon O. Bowdre of the District Court appointed the **Retirement Systems of Alabama** to serve as Lead Plaintiff on behalf of a class of all purchasers of HealthSouth bonds who suffered a loss as a result of the fraud. Judge Bowdre appointed BLB&G to serve as Co-Lead Counsel for the bondholder class. During the period of the fraud, HealthSouth issued over $3 billion of bonds to the unsuspecting investment community.

- ***In re Legato Systems, Inc. Securities Litigation*** (United States District Court for the Northern District of California {San Jose}) This securities fraud class action alleges that Legato Systems, Inc. and certain of its officers overstated the Company's fiscal 1999 financial results. The resultant need for a restatement of the company's financial reports caused by improper accounting practices led to a loss in the value of the stock and the plaintiff class of shareholders seek recovery of said losses. In April 2002, Legato agreed to settle the case for $85 million and the Court granted final approval of the settlement on July 31, 2002. The firm represents the **Policemen and Firemen Retirement System of the City of Detroit** as Lead Plaintiff in the action.

- ***In re Bristol-Myers Squibb Securities Litigation*** (United States District Court for the Southern District of New York) Securities fraud class action filed on behalf of purchasers of Bristol-Myers Squibb's securities. The allegations in this litigation pertain to the Company's statements about the strength of Bristol-Myer's sales and the Company's investment in ImClone, the developer of Erbitux. On October 24, 2002, Bristol-Myers

Squibb announced that it would have to restate its earnings for years 2000, 2001 and 2002, reducing sales revenues for the period by more than $2 billion. The Company also announced that it would write-down $367 million of its investment in ImClone. The restatement is related to the Company's controversial inventory practices and will cause a decrease in earnings for 2000 and 2001. On October 4, 2002, The Honorable Loretta A. Preska of the United States District Court for the Southern District of New York, appointed BLB&G clients the **Teachers' Retirement System of Louisiana** and the **General Retirement System of the City of Detroit** as two of the four public pension funds who will serve as Co-Lead Plaintiffs. Several days after Judge Preska's order was signed, Bristol-Myers disclosed that the Office of the United States Attorney for the District of New Jersey had opened a criminal investigation into the sales and inventory practices of the Company. BLB&G was also appointed Co-Lead Counsel for the Class by Judge Preska.

- ***Independent Energy Holdings Litigation*** (United States District Court for the Southern District of New York) Securities fraud class action against Independent Energy Holdings PLC filed on behalf of all persons or entities who, from February 14, 2000 through September 8, 2000 (the "Class Period"): (1) purchased or acquired Independent Energy American Depository Shares ("depository shares") that were issued in a secondary offering pursuant to the Registration Statement and Prospectus filed with the SEC on form F-3 that was declared effective on March 28, 2000; (2) otherwise purchased or acquired those depository shares; (3) if residing in the United States or its territories, purchased or acquired ordinary shares of Independent Energy; (4) or any combination thereof. The Complaint alleges that the registration statement and prospectus for the Secondary Offering, declared effective on or about March 28, 2000 failed to disclose an investigation of the Company by the Office of Gas and Electricity Markets ("OFGEM"), an energy regulator in the United Kingdom, and contained materially false and misleading facts and omitted certain material facts relating to the Company's billing and customer service problems as well as problems relating to it's third party service provider. The Complaint also alleges that various other statements prior and subsequent to the Registration Statement which are attributable to certain of the Defendants were also materially false and misleading for many of the same reasons. In May 2002, the Court certified the Class. BLB&G, Court-appointed Lead Counsel for the Class, represents the Court-appointed Lead Plaintiffs and Class Representatives in this action. On September 26, 2003, the Court granted final approval of two settlements totaling $48 million.

- ***In re DaimlerChrysler Securities Litigation (***United States District Court for the District of Delaware) A securities class action filed against defendants DaimlerChrysler AG, Daimler-Benz AG and two of DaimlerChrysler's top executives, charging that Defendants acted in bad faith and misrepresented the nature of the 1998 merger between Daimler-Benz AG and the Chrysler Corporation. According to plaintiffs, defendants framed the transaction as a "merger of equals," rather than an acquisition, in order to avoid paying an "acquisition premium." Plaintiffs' Complaint alleges that Defendants made this representation to Chrysler shareholders in the August 6, 1998 Registration Statement, Prospectus, and Proxy, leading 97% of Chrysler shareholders to approve the merger. BLB&G is court-appointed Co-Lead Counsel for Co-Lead Plaintiffs the **Chicago Municipal Employees Annuity and Benefit Fund** and the **Chicago Policemen's**

**Annuity and Benefit Fund**. BLB&G and the Chicago funds filed the action on behalf of investors who exchanged their Chrysler Corporation shares for DaimlerChrysler shares in connection with the November 1998 merger, and on behalf of investors who purchased DaimlerChrysler shares in the open market from November 13, 1998 through November 17, 2000. On August 22, 2003, BLB&G, as Co-Lead Counsel for Plaintiffs, obtained an agreement in principle to settle the action for $300 million.

- ***In re McKesson HBOC, Inc***. -- (United States District Court, Northern District of California) Securities fraud litigation filed on behalf of purchasers of HBOC, McKesson and McKesson HBOC securities. On April 28, 1999, the Company issued the first of several press releases which announced that, due to its improper recognition of revenue from contingent software sales, it would have restate its previously reported financial results. Immediately thereafter, McKesson HBOC common stock lost $9 billion in market value. On July 14, 1999, the Company announced that it was restating $327.8 million of revenue improperly recognized in the HBOC segment of its business during the fiscal years ending March 31, 1997, 1998 and 1999. The complaint alleges that, during the Class Period, Defendants issued materially false and misleading statements to the investing public concerning HBOC's and McKesson HBOC's financial results, which had the effect of artificially inflating the prices of HBOC's and the Company's securities. The firm represents Lead Plaintiff the **New York State Common Retirement Fund** in this action.

- ***In re Lucent Technologies, Inc. Securities Litigation*** -- (United States District Court for the District of New Jersey) A securities fraud class action filed on behalf of purchasers of the common stock of Lucent Technologies, Inc. from October 26, 1999 through December 20, 2000. In the action, BLB&G served as Co-Lead Counsel for the shareholders and Lead Plaintiffs, the **Parnassus Fund** and **Teamsters Locals 175 & 505 D&P Pension Trust**, and also represented the **Anchorage Police and Fire Retirement System** and the **Louisiana School Employees' Retirement System**. Lead Plaintiffs' complaint charged Lucent with making false and misleading statements to the investing public concerning its publicly reported financial results and failing to disclose the serious problems in its optical networking business. When the truth was disclosed, Lucent admitted that it had improperly recognized revenue of nearly $679 million in fiscal 2000. On September 23, 2003, the Court granted preliminary approval of the agreement to settle this litigation, a package which is currently valued at approximately $517 million composed of cash, stock and warrants. The appointment of BLB&G as Co-Lead Counsel is especially noteworthy as it marks the first time since the 1995 passage of the Private Securities Litigation Reform Act that a court has reopened the lead plaintiff or lead counsel selection process to account for changed circumstances, new issues and possible conflicts between new and old allegations.

- ***In re Washington Public Power Supply System Litigation*** (United States District Court, District of Arizona) Commenced in 1983, the firm was appointed Chair of the Executive Committee responsible for litigating the action on behalf of the class. The action involved an estimated 200 million pages of documents produced in discovery; the depositions of 285 fact witnesses and 34 expert witnesses; more than 25,000 introduced exhibits; six published district court opinions; seven appeals or attempted appeals to the

Ninth Circuit; and a three-month jury trial, which resulted in a settlement of over $750 million – then the largest securities fraud settlement ever achieved.

- ***In re Conseco, Inc. Securities Litigation*** (United States District Court for the Southern District of Indiana) Securities fraud class action. On March 31, 2000, Conseco Inc. had announced that it would take a $350 million charge as a result of losses on its interest-only securities. Additionally, the company announced that it would also take a substantial charge on the future sale of Conseco Finance. Conseco Finance, formerly known as Greentree, is a wholly-owned subsidiary of Conseco that was acquired in 1998 for over $6 billion, and specializes in the consumer financing business. On April 14, 2000, Conseco restated its earnings for the first three quarters of 1999 and the second quarter of 1998. Various complaints, subsequently consolidated, allege violations of the Securities Act of 1933 and the Exchange Act of 1934. The action has recently settled for $120 million. The firm was appointed Lead Counsel in this action on behalf of its clients, the **Anchorage Police & Fire Retirement System** and the **State of Louisiana Firefighters' Retirement System**, Lead Plaintiffs in the case.

- ***In re Bennett Funding Group Securities Litigation*** -- (United States District Court, Southern District of New York). Investor class action involving the sale of $570 million in fraudulent investments, described as the largest "Ponzi" scheme in United States history. The action was prosecuted against over fifty defendants including Bennett's former auditors, insurers and broker-dealers who sold Bennett investment. The class includes all purchasers of Bennett securities from March 29, 1992 through March, 29, 1996. The action settled with multiple defendants for over $165 million.

- ***In re 3Com Securities Litigation*** -- (United States District Court, Northern District of California). Class action on behalf of purchasers of 3Com common stock, alleging that defendants knowingly and recklessly caused 3Com to issue materially false and misleading statements to the financial community regarding the company's products, inventory and distribution. The complaint further alleges insider trading on these publicly disseminated materially false and misleading statements. The firm represented Lead Plaintiffs the **Louisiana School Employees' Retirement System** and the **Louisiana Municipal Police Employees' Retirement System**. This action resulted in the largest settlement - $259 million - ever obtained from a corporate defendant in a securities fraud class action in the Ninth Circuit.

**Corporate Governance and Shareholders' Rights**

- ***McCall v. Scott*** -- (United States District Court, Middle District of Tennessee). A derivative action filed on behalf of Columbia/HCA Healthcare Corporation -- now "HCA" -- against certain former senior executives of HCA and current and former members of the Board of Directors seeking to hold them responsible for directing or enabling HCA to commit the largest healthcare fraud in history, resulting in hundreds of millions of dollars of loss to HCA. The firm represents the **New York State Common Retirement Fund** as Lead Plaintiff, as well as the **California Public Employees' Retirement System** ("**CalPERS**"), the **New York City Pension Funds**, the **New York State Teachers' Retirement System** and the **Los Angeles County Employees' Retirement Association** ("**LACERA**") in this action. Although the district court initially dismissed the action, the United States Court of Appeals for the Sixth Circuit reversed that dismissal and upheld the complaint in substantial part, and remanded the case back to the district court. On February 4, 2003, the Common Retirement Fund, announced that the parties had agreed in principle to settle the action, subject to approval of the district court. As part of the settlement, HCA will adopt a corporate governance plan that goes well beyond the requirements both of the Sarbanes-Oxley Act and of the rules that the New York Stock Exchange has proposed to the SEC, and also enhances the corporate governance structure presently in place at HCA. HCA also will receive $14 million. Under the sweeping governance plan, the HCA Board of Directors will be substantially independent, and will have increased power and responsibility to oversee fair and accurate financial reporting. In granting final approval of the settlement on June 3, 2003, the Honorable Senior Judge Thomas A. Higgins of the District Court said that the settlement "confers an exceptional benefit upon the company and the shareholders by way of the corporate governance plan."

- ***Official Committee of Unsecured Creditors of Integrated Health Services, Inc. v. Elkins, et al.*** -- (Delaware Chancery Court) The Official Committee of Unsecured Creditors (the "Committee") of Integrated Health Services ("IHS"), filed a complaint against the current and former officers and directors of IHS, a health care provider which declared bankruptcy in January 2000. The Committee, on behalf of the Debtors Bankruptcy Estates, seeks damages for breaches of fiduciary duties and waste of corporate assets in proposing, negotiating, approving and/or ratifying excessive and unconscionable compensation arrangements for Robert N. Elkins, the Company's former Chairman and Chief Executive Officer, and for other executive officers of the Company. BLB&G is a special litigation counsel to the committee in this action.

**Employment Discrimination and Civil Rights**

- X **Roberts v. Texaco, Inc.** (United States District Court for the Southern District of New York) Six highly qualified African-American employees filed a class action complaint against Texaco Inc. alleging that the Company failed to promote African-American employees to upper level jobs and failed to compensate them fairly in relation to caucasian employees in similar positions. Two years of intensive investigation on the part of the lawyers of Bernstein Litowitz Berger & Grossmann LLP, including retaining the services of high level expert statistical analysts, revealed that African-Americans were significantly under-represented in high level management jobs and caucasian employees were promoted more frequently and at far higher rates for comparable positions within the Company. Settled for over $170 million. Texaco also agreed to a Task Force to monitor its diversity programs for five years. The settlement has been described as the most significant race discrimination settlement in history.

- ***GMAC/NMAC/Ford/Toyota/Chrysler Consumer Finance Discrimination Litigation*** The cases involve allegations that the lending practices of General Motors Acceptance Corporation, Nissan Motor Acceptance Corporation, Ford Motor Credit, Toyota Motor Credit and Chrysler Financial cause black and Hispanic car buyers to pay millions of dollars more for car loans than similarly situated white buyers. At issue is a discriminatory kickback system under which minorities typically pay about 50% more in dealer mark-up which is shared by auto dealers with the defendants. On February 24, 2003, the Honorable Todd J. Campbell of the States District Court for the Middle District of Tennessee granted preliminary approval of the settlement of the class action pending against Nissan Motor Acceptance Corporation ("NMAC"). Under the terms of the settlement, NMAC will offer pre-approved loans to hundreds of thousands of current and potential black and Hispanic NMAC customers, and will limit how much it raises the interest charged to car buyers above the company's minimum acceptable rate. The company will also contribute $1 million to America Saves, to develop a car financing literacy program targeted toward minority consumers. The settlement also provides for the payment of $5,000 to $20,000 to the 10 people named in the class-action lawsuit. Other car buyers wishing to recover damages will still be able to sue NMAC separately. BLB&G continues to prosecute the actions against the other auto lenders.

- ***Alexander v. Pennzoil Company* –** (United States District Court, Southern District of Texas) A class action on behalf of all salaried African-American employees at Pennzoil alleging race discrimination in the Company's promotion, compensation and other job related practices. The action settled for $6.75 million.

- ***Butcher v. Gerber Products Company* –-** (United States District Court, Southern District of New York) Class action asserting violations of the Age Discrimination in Employment Act arising out of the mass discharging of approximately 460 Gerber sales people, the vast majority of whom were long-term Gerber employees aged 40 and older. Settlement terms are confidential.

**Consumer Class Actions**

- ***E*Trade Group, Inc.*** -- (Superior Court of California, Santa Clara County) A class action filed on behalf of all individuals who have or had accounts with E*Trade from September 1996 to the present. The complaint alleges that E*Trade's representations to customers regarding the manner in which their accounts would be handled were false and misleading; that the electronic trading systems were inadequate to meet customer demands; and that, as a result of these misrepresentations, customers suffered significant losses and have been deprived of the benefits which E*Trade had represented they would receive.

- ***General Motors Corporation*** -- (Superior Court of New Jersey Law Division, Bergen County) A class action consisting of all persons who owned W-body cars with defective rear disc brake caliper pins which tended to corrode, creating both a safety hazard and premature wearing of the front and rear disc brakes, causing extensive economic damage. BLB&G is co-lead counsel in this case where a proposed settlement would provide $19.5 million to the class for reimbursement of brake repairs.

- ***Rent-A-Center*** -- (Supreme Court of the State of New York, Bronx County) Deceptive sales and marketing in "rent-to-own" transactions. In this case, BLB&G recently obtained a landmark ruling upholding a rental-purchasers' right to bring suit.

- ***Empire Blue Cross*** -- (United States District Court, Southern District of New York) Overcharging health care subscribers. BLB&G was lead counsel in a recently approved $6.6 million settlement that represented 130% of the class' damages and offered all the overcharged subscribers 100 cents on the dollar repayment.

- ***DoubleClick*** **–** (United States District Court, Southern District of New York). Internet Privacy. A class action on behalf of Internet users who have had personal information surreptitiously intercepted and sent to a major Internet advertising agency. In the settlement agreement reached in this action, DoubleClick commits to a series of industry-leading privacy protections for online consumers while continuing to offer its full range of products and services. This is likely the largest class action there has ever been -- virtually every, if not every, Internet user in the United States.

**Toxic/Mass Torts**

- ***Fen/Phen Litigation ("Diet Drug" Litigation)*** -- (Class action lawsuits filed in 10 jurisdictions including New York, New Jersey, Vermont, Pennsylvania, Florida, Kentucky, Indiana, Arizona, Oregon and Arkansas) The firm played a prominent role in the nationwide "diet drug" or "fen-phen" litigation against American Home Products for the Company's sale and marketing of Redux and Pondimin. The suits allege that a number of pharmaceutical companies produced these drugs which, when used in combination, can lead to life-threatening pulmonary hypertension and heart valve thickening. The complaint alleges that these manufacturers knew of or should have known of the serious health risks created by the drugs, should have warned users of these risks, knew that the fen/phen combination was not approved by the FDA, had not been adequately studied, and yet was being routinely prescribed by physicians. This litigation led to one of the largest class action settlements in history, the multi-billion dollar Nationwide Class Action Settlement with American Home Products approved by the United States District Court for the Eastern District of Pennsylvania. In this litigation, BLB&G was involved in lawsuits filed in the 10 jurisdictions and was designated Class Counsel in the Consolidated New York and New Jersey state court litigations. Additionally, the firm was Co-Liaison Counsel in the New York litigations and served as the State Court Certified Class Counsel for the New York Certified Class to the Nationwide Settlement.

## CLIENTS AND FEES

Most of the firm's clients are referred by other clients, law firms and lawyers, bankers, investors and accountants. A considerable number of clients have been referred to the firm by former adversaries. We have always maintained a high level of independence and discretion in the cases we decide to prosecute. As a result, the level of personal satisfaction and commitment to our work is high.

As stated, our client roster includes many large and well known financial and lending institutions and pension funds, as well as privately held corporate entities which are attracted to our firm because of our reputation, particular expertise and fee structure.

We are firm believers in the contingency fee as a socially useful, productive and satisfying basis of compensation for legal services, particularly in litigation. Wherever appropriate, even with our corporate clients, we will encourage a retention where our fee is at least partially contingent on the outcome of the litigation. This way, it is not the number of hours worked that will determine our fee but, rather, the result achieved for our client.

## IN THE PUBLIC INTEREST

Bernstein Litowitz Berger & Grossmann LLP is guided by two principles: excellence in legal work and a belief that the law should serve a socially useful and dynamic purpose. Attorneys at the firm are active in academic, community and pro bono activities, as well as participating as speakers and contributors to professional organizations. In addition, the firm endows a public interest law fellowship and sponsors an academic scholarship at Columbia Law School.

- **The Bernstein Litowitz Berger & Grossmann Public Interest Law Fellowship**, Columbia Law School. BLB&G is committed to fighting discrimination and effecting positive social change. In support of this commitment, the firm donated funds to Columbia Law School to create the Bernstein Litowitz Berger & Grossmann Public Interest Law Fellowship. This newly endowed fund at Columbia Law School will provide two or three Fellows with 100% of the funding needed to make payments on their law school tuition

loans so long as such graduates remain in the public interest law field. The Bernstein Litowitz Berger & Grossmann Fellows will be able to leave law school free of any law school debt if they make a long term commitment to public interest law.

- **Firm sponsorship of *inMotion***, New York, NY. BLB&G is a sponsor of inMotion, a non-profit organization in New York City dedicated to providing pro bono legal representation to indigent women, principally battered women, in connection with a myriad of legal problems they face. The organization trains and supports the efforts of New York lawyers, typically associates at law firms or in-house counsel, who provide pro bono counsel to these women. Several members and associates of the firm volunteer their time and energies to help women who need divorces from abusive spouses, or representation on legal issues such as child support, custody and visitation. To read more about inMotion and the remarkable services it provides, visit the organization's website at www.inmotiononline.org.

- **The Paul M. Bernstein Memorial Scholarship**, Columbia Law School. Paul M. Bernstein was the founding senior partner of the firm. Mr. Bernstein led a distinguished career as a lawyer and teacher and was deeply committed to the professional and personal development of young lawyers. The Paul M. Bernstein Memorial Scholarship Fund is a gift of the firm of Bernstein Litowitz Berger & Grossmann LLP, and the family and friends of Paul M. Bernstein. Established in 1990, the scholarship is awarded annually to one or more second-year students selected for their academic excellence in their first year, professional responsibility, financial need and contributions to fellow students and the community.

## THE MEMBERS OF THE FIRM

**MAX W. BERGER**, a founding partner of the firm, supervises the firm's litigation practice. Mr. Berger prosecutes class and individual actions in all areas of the firm's practice. He is also responsible for negotiating, on behalf of shareholders, consumers and institutional clients, some of the firm's most successful and highly praised litigations, including the *In re Cendant Corporation Securities Litigation,* which settled for over $3 billion dollars, and the *In re WorldCom, Inc. Securities Litigation,* which is still being prosecuted but has so far resulted in $2.65 billion in settlement monies for shareholders.

Although Mr. Berger is an active, practicing attorney, he is a member of Columbia Law School's recently inaugurated Center on Corporate Governance. He also serves the academic community in numerous capacities as a member of both the Dean's Council and the Board of Visitors, the senior alumni advisory groups to Columbia Law School, and a member of the Board of Trustees of Baruch College. Additionally, Mr. Berger has taught Profession of Law, an ethics course at Columbia.

Mr. Berger is past chairman of the Commercial Litigation Section of the Association of Trial Lawyers of America and lectures before the Practicing Law Institute, the American Bar Association and the Federal Judicial Center, as well as numerous other professional associations.

In 1997, Mr. Berger was honored for his outstanding contribution to the public interest by Trial Lawyers For Public Justice, where he was a Trial Lawyer of the Year Finalist for his work in *Roberts v. Texaco,* the celebrated race discrimination case on behalf of Texaco's African-American employees.

Mr. Berger received an Accounting degree from City College of New York in 1968. At City College, he was President of the student body, a member of the national honor accounting society and won numerous awards.

Mr. Berger received his J.D. from Columbia Law School in 1971, where he was an editor of the *Columbia Survey of Human Rights Law*.

ADMISSIONS: Admitted to bar, 1972, New York. 1973, U.S. District Court, Southern District of New York. 1973, U.S. Court of Appeals, Second Circuit. 1975, U.S. District Court, Eastern District of New York. 1992, U.S. District Court, District of Arizona.

****

**EDWARD A. GROSSMANN**, one of the firm's founding partners, graduated *cum laude* from the University of Wisconsin in 1970 and the University of Michigan School of Law in 1973.

Mr. Grossmann served as lead counsel in the *Prudential-Bache Energy Income Limited Partnership* and the *Bennett Funding Group* class actions, well-publicized cases which have each settled for in excess of $120 million. He is a past chairman of the Class and Derivative Action Trials Subcommittee of the Litigation Section of the American Bar Association as well as the Commercial Litigation section of the Association of Trial Lawyers of America, an organization for which he has lectured. Mr. Grossmann is a member of the Committee of Visitors of the University of Michigan Law School. He is a past President of the JCC on the Palisades and is currently the Treasurer of the UJA Federation of Bergen County.

ADMISSIONS: Admitted to bar, 1974, New York. 1974, U.S. District Court, Southern and Eastern Districts of New York. 1975, U.S. Court of Appeals, Second Circuit. 1990, U.S.

Court of Appeals, Third Circuit. 1991, U.S. Court of Appeals, Ninth Circuit. 1993, U.S. Court of Appeals, Fifth Circuit. 1996, U.S. Court of Appeals, Eleventh Circuit.

****

**DANIEL L. BERGER**, graduated from Haverford College in 1976 and Columbia Law School in 1979, where he was a Harlan Fiske Stone Scholar. Mr. Berger served as an Assistant Attorney General of the State of New York, Civil Rights Division, from 1979 through 1983, where he was active in prosecuting many important civil rights cases, including *State of New York v. OFCCP*, a suit to compel the OFCCP to enforce affirmative action goals and timetables in the construction industry in New York.

Mr. Berger is the partner principally responsible for the firm's New York-based securities and employee rights practice groups. In 1997, he was honored for his outstanding contribution to the public interest by Trial Lawyers For Public Justice, where he was a Trial Lawyer of the Year Finalist for his work as co-lead counsel on behalf of African-American employees in *Roberts v. Texaco*, the celebrated discrimination litigation.

Recently, Mr. Berger served as the lead trial attorney on the team that prosecuted *Rainforest Cafe, Inc. v. State of Wisconsin Investment Board*, *et al.*, a shareholders' dissenter rights action tried in Hennepin County, Minnesota on behalf of firm clients, the State of Wisconsin Investment Board, Central Florida Investments Inc., and 70 other former investors in Rainforest Cafe. In addition, Mr. Berger was lead trial attorney in the *ICN/Viratek Pharmaceuticals Securities Litigation* and the *Datapoint Securities Litigation*, two of the few securities class actions to be tried to jury verdict. Mr. Berger has also been lead counsel responsible for prosecuting some of the firm's largest and most significant recent securities class actions, including cases against Cendant Corporation, McKesson HBOC, Inc. and Conseco, Inc.

ADMISSIONS: Admitted to bar, 1980, New York. 1980, U.S. District Court, Southern District of New York. 1983, U.S. Court of Appeals, Second Circuit. 1989, U.S. Court of Appeals, Fifth Circuit. 1991, U.S. Court of Appeals, Ninth Circuit. 1992, U.S. District Court, Eastern District of New York. 1999, U.S. Court of Appeals, Sixth Circuit. 2001, U.S. Court of Appeals, Seventh Circuit.

****

**ALAN SCHULMAN** is the partner in charge of the firm's West Coast office in San Diego. He specializes in complex class action litigation and has been practicing in that field for more than 20 years. Mr. Schulman received his B.A. from New York University in 1971 and his J.D. from Louisiana State University School of Law in 1974, where he was Order of the Coif and Associate Editor of the *Louisiana Law Review*.

Mr. Schulman was the co-chair of the Securities Law Committee of the American Bar Association's Litigation Section (1998-2001) and served as President (2001) and as a member of the Board of Governors of the Association of Business Trial Lawyers of San Diego (1995-2001). He was co-chair of the Southern District of California Lawyer Representatives to the Ninth Circuit Judicial Conference (2000-2001) and currently serves on the Ninth Circuit Judicial Conference Executive Committee.

Mr. Schulman has served as lead counsel in some of the largest and most significant securities class actions litigated over the past 20 years, including the largest recoveries in Ninth Circuit history. Media reports have referred to him as among "the most influential" west coast

plaintiffs' securities litigators (*The Recorder/Cal Law*, January 3, 2000) and as a "heavy hitter nationally who is on everyone's short list of top securities lawyers" (*New York Law Journal*, January 4, 2000).

Mr. Schulman was one of the firm partners responsible for successfully prosecuting and settling *BFA Liquidation Trust v. Arthur Andersen LLP* which resulted in a payment by Andersen of $217 million -- the largest ever settlement by Andersen and the second largest by any accounting firm in history.

In May 2004, Mr. Schulman was appointed Co-Chair and Chief Administrative Counsel of the *Mutual Fund Investment Multi-District Litigation* by the United States District Court for the District of Maryland. In this capacity, he is responsible for coordinating the prosecution of the securities lawsuits brought against the mutual fund industry.

Mr. Schulman is Adjunct Professor of Law at the University of San Diego School of Law where he teaches Complex Litigation.

ADMISSIONS: Admitted to bar, 1974, Louisiana and Texas. 1982, Washington. 1986, California. 1995, United States Supreme Court; U. S. Court of Appeals: 1981, Fifth, and Eleventh Circuits; 1982, Ninth Circuit; U.S. District Courts: 1987, Southern District of California; 1989, Northern and Central Districts of California.

****

**DOUGLAS M. MCKEIGE**, received a B.A., *cum laude*, in Economics from Tufts University in 1979 and a J.D., *magna cum laude*, from Tulane University in 1986, where he was Order of the Coif and Articles Editor of the *Tulane Law Review*.

Mr. McKeige prosecutes securities fraud class actions on behalf of the firm and counsels institutional investors with respect to the prosecution of federal and state securities claims. He has successfully prosecuted many significant federal securities class actions including *In re 3Com Securities Litigation*, which settled for $259 million, the largest settlement of a securities fraud class action in the history of the Ninth Circuit.

Mr. McKeige is a popular speaker and lecturer and is a member of the National Association of Public Pension Attorneys, the Society of Pension Professionals, the National Association of State Treasurers, the National Council on Teacher Retirement and the National Conference on Public Employee Retirement Systems.

ADMISSIONS: Admitted to bar, 1987, New York. 1988, U.S. District Courts, Southern and Eastern Districts of New York.

****

**JOHN P. ("SEAN") COFFEY** is a graduate of the United States Naval Academy, receiving a B.S. in Ocean Engineering, with *merit*, in 1978. He received his J.D., *magna cum laude*, from Georgetown University Law Center in 1987, where he was Articles Editor of the *Georgetown Law Journal*, a member of the Order of the Coif, and recipient of the Charles A. Keigwin Award for academic excellence.

Before graduating law school, Mr. Coffey was a Commissioned Officer in the United States Navy where he served as a Naval Flight Officer, an Intern in the Organization for the Joint Chiefs of Staff and the personal military aide to then Vice President George H.W. Bush. A former P-3C Orion patrol plane mission commander, he continues to serve in the Naval

Reserves, where he has commanded a P-3C squadron and the Naval Reserve component of the Enterprise carrier battle group staff. He currently holds the rank of Captain and is assigned to the Office of the Secretary of Defense at the Pentagon.

Mr. Coffey served as an Assistant United States Attorney for the Southern District of New York from 1991 to 1995, where he conducted numerous complex fraud investigations and tried many cases to verdict.

Mr. Coffey was the lead trial attorney in BFA *Liquidation Trust v. Arthur Andersen LLP*, an audit malpractice case arising from the 1999 collapse of the Baptist Foundation of Arizona, the largest non-profit bankruptcy in U.S. history. The case, which was closely covered by The Wall Street Journal, New York Times, Washington Post, 60 Minutes II and the British Broadcasting System, settled on May 6, 2002 when, six days into what was scheduled to be a three month trial, Andersen agreed to pay $217 million to the plaintiff investors.

He is lead trial counsel in *In re WorldCom, Inc. Securities Litigation* which, while still being prosecuted against numerous other defendants, has so far resulted in a $2.65 billion recovery from Citigroup, the largest third party recovery in history.

Mr. Coffey is a frequent commentator for the news media, appearing in the *Wall Street Journal, National Journal*, and other periodicals, and on NBC *Nightly News* and the *Today* show.

Prior to joining Bernstein Litowitz Berger & Grossmann LLP, Mr. Coffey was a partner in the litigation department of Latham & Watkins. He was also an Adjunct Professor of Law at Fordham University, where he taught a seminar on criminal law, and is a recipient of the Thurgood Marshall Award, from the Association of the Bar of the City of New York, for his extensive work in the death penalty area.

ADMISSIONS: Admitted to bar, 1988, New York. 1989, U.S. District Court, Southern District of New York. 1992, U.S. Court of Appeals, Second Circuit. 1995, U.S. District Court, Western District of New York. 1998, U.S. District Court, Eastern District of New York. 1999, New Jersey and U.S. District Court, District of New Jersey.

****

**ROBERT S. GANS**, received an A.B., *cum laude*, in Government, from Dartmouth College in 1987 and a J.D. from New York University School of Law in 1990, where he was a member of the Order of the Barristers, an editor of the Moot Court Board, and a recipient of the Securities Regulation Award.

Mr. Gans primarily focuses in the areas of securities fraud, accountants' liability and corporate governance, and he has successfully prosecuted many of the firm's significant cases. In January 2000, Mr. Gans left New York after seven years to join Alan Schulman in opening the firm's San Diego office. He was part of the trial team which successfully prosecuted *BFA Liquidation Trust v. Arthur Andersen LLP*, resulting in a $217 million settlement -- the largest settlement ever by Andersen and the second largest by a public accounting firm in history.

Mr. Gans frequently lectures to groups concerning shareholder rights, and has authored several articles on this subject as well. He is a member of the Association of the Bar of the City of New York, the New York State Bar Association, the California State Bar Association and the American Bar Association. Mr. Gans is currently Co-Chair of the Rule 23 Subcommittee of the ABA Litigation Section's Class Actions and Derivative Suits Committee.

ADMISSIONS: Admitted to the bar, 1991, New York. 1992, U.S. District Courts, Southern and Eastern Districts of New York. 2001, California.

****

**DARNLEY D. STEWART,** graduated from Princeton University in 1984 and received her J.D. from Northeastern University School of Law in 1990. She served as law clerk to the Hon. R. Ammi Cutter and the Hon. Mel Greenberg of the Massachusetts Court of Appeals from 1990 to 1991.

Ms. Stewart, along with senior partner Daniel L. Berger, is the partner principally responsible for the firm's employment discrimination and employee rights practice group. She has acted as co-lead counsel in many of the firm's high profile discrimination cases, including *Rapier, et al. v. Ford Motor Company, Inc.*, which resulted in one of the largest sexual harassment class action settlements in history.

More recently, Ms. Stewart has achieved major victories on behalf of minority car buyers with the landmark settlements of class action consumer discrimination lawsuits against General Motors Acceptance Corporation and Nissan Motor Acceptance Corporation. At issue in these actions is a discriminatory credit pricing system under which minorities typically pay as much as 50% more in dealer "mark-up."

Ms. Stewart is a member of the Title VII Committee of the National Employment Lawyers Association and serves on the Executive Board of the New York affiliate (NELA/NY) of that organization. She is a member of the Individual Rights and Responsibilities Committee of the New York State Bar Association and serves as Plaintiffs' Co-Chair of the Class Action Subcommittee of the American Bar Association's Employment Rights and Responsibilities Committee and Programs Co-Chair of the Technology Committee of the American Bar Association's Labor and Employment Section. Ms. Stewart regularly lectures and writes on employment class action litigation.

ADMISSIONS: Admitted to the bar, 1990, Massachusetts. 1993, New York. 1993, U.S. District Court, Southern District of New York. 1998, U.S. District Court, Western District of Michigan. 2000, U.S. Court of Appeals, Sixth Circuit. 2001, U.S. Court of Appeals, Second Circuit. 2001, U.S. Court of Appeals, Third Circuit.

****

**STEVEN B. SINGER** specializes in securities fraud litigation. Mr. Singer received his B.A., *cum laude*, from Duke University in 1988 and his J.D. from Northwestern University in 1991. He has worked on a number of high profile cases for the firm, including the *In re 3Com Securities Litigation*, which resulted in the largest securities fraud class action settlement in Ninth Circuit history, and the celebrated *Texaco* discrimination litigation. His work on that case led to his nomination in 1997 for "Trial Lawyer of the Year" by the Trial Lawyers for Public Justice. Mr. Singer is a member of the New York State and American Bar Associations.

ADMISSIONS: Admitted to the bar, 1992, New York. 1992, U.S. District Courts, Eastern and Southern Districts of New York.

****

**CHAD JOHNSON** is involved in all areas of the firm's litigation practice, with particular emphasis on prosecuting securities fraud actions, complex commercial litigation and trial practice.

Prior to joining the firm, Mr. Johnson was a partner with Latham & Watkins, where he practiced for ten years. While with Latham & Watkins, he represented investment banks, accounting firms, law firms, boards of directors, and both publicly and privately held companies. Mr. Johnson has extensive experience in the areas of securities and professional liability litigation, complex commercial litigation, and international arbitration. He has handled a variety of matters before federal and state courts, as well as arbitration tribunals both in the United States and abroad, including the International Chamber of Commerce, the London Court of International Arbitration, the Netherlands Arbitration Institute, the Permanent Court of Arbitration, the American Arbitration Association, and JAMS/Endispute.

Mr. Johnson graduated from Harvard Law School, *cum laude*, where he was president of the Harvard Law School Forum. He also graduated from the University of Michigan, *with high distinction*, where he was an Angell scholar. Among other matters, he is currently prosecuting the *In re WorldCom, Inc. Securities Litigation* with fellow partners Max Berger, Sean Coffey and Steven Singer.

ADMISSIONS: Admitted to the bar, 1993, Illinois and District of Columbia; 1998, New York.

****

**J. ERIK SANDSTEDT** received his B.A., with distinction, from the University of North Carolina at Chapel Hill, and his J.D. from Columbia University School of Law, where he was a Harlan Fiske Stone Scholar and an Editor of the *Columbia Journal of Law and Social Problems*.

Mr. Sandstedt has been involved with a number of high profile securities fraud litigations for the firm, including *In re WorldCom, Inc. Securities Litigation* and *In re McKesson HBOC, Inc. Securities Litigation*. He is currently one of the lead trial attorneys in *In re Bristol-Myers Squibb Securities Litigation*, pending in the Southern District of New York, *In re Suprema Specialties Securities Litigation*, pending in the District of New Jersey, and a private action in the District of Massachusetts arising out of the massive securities fraud perpetrated at Lernout & Hauspie. He is an active member of the state and federal bar associations in New Jersey and serves as the partner in charge of the firm's New Jersey office. He is also a frequent lecturer at the firm's Institutional Investor Forum, and he has served as a commentator on programs such as NPR's "Marketplace."

Before joining the firm, Mr. Sandstedt was the Deputy Chief of Staff of the Criminal Division of the United States Department of Justice. In that capacity, Mr. Sandstedt was responsible for the development and implementation of criminal justice policy, overseeing major prosecutions and legislative initiatives, and managing the day-to-day affairs of the Division. In particular, Mr. Sandstedt helped coordinate the response of federal law enforcement to the events of September 11th and was involved with negotiating and drafting portions of the USA Patriot Act.

From 1998 through 2001, Mr. Sandstedt was an Assistant United States Attorney in the Special Prosecutions and Criminal Divisions of the United States Attorney's Office for the District of New Jersey. There, he conducted numerous complex fraud and corruption investigations and tried many cases to verdict. He also led the District's efforts to combat money laundering as the head of a task force consisting of agents from the IRS, FBI, DEA, US Postal

Inspection Service and US Customs, and he served as the liaison to the IRS Criminal Investigations Division with respect to all criminal tax matters. Mr. Sandstedt won numerous awards and commendations as a federal prosecutor, and he was an Associate of the Edward Bennett Williams Inn of Court. He has also served as an Instructor at Columbia Law School's Professions of Law Program, an Adjunct Professor at Seton Hall University School of Law, and a lecturer on "The Role of the Federal Prosecutor" at Washington DC area law schools.

Mr. Sandstedt began his legal career as a litigation associate at Latham & Watkins, where he was primarily involved with corporate investigations and the defense of securities fraud and white collar criminal cases.

ADMISSIONS: Admitted to bar, 1995, New Jersey and U.S. District Court for the District of New Jersey. 1996, New York and U.S. District Courts for the Southern and Eastern Districts of New York. 1998, U.S. Court of Appeals, Third Circuit.

****

**GERALD H. SILK** received a B.S. in economics from the Wharton School of Business, University of Pennsylvania in 1991, and a J.D., *cum laude*, from Brooklyn Law School in 1995. While at Brooklyn Law School, Mr. Silk was a member of the Moot Court Honor Society. In 1995-96, Mr. Silk served as a law clerk to the Hon. Steven M. Gold, U.S.M.J., in the United States District Court for the Eastern District of New York. Prior to joining the firm in 1998, Mr. Silk was an associate in the Business and Securities Litigation Department at Weil, Gotshal & Manges LLP, where he was primarily involved in defending securities cases and counseling boards of directors on corporate governance matters.

Since joining the firm, Mr. Silk has represented numerous public pension funds and other institutional investors on matters involving federal and state securities laws, accountants' liability and the fiduciary duties of corporate officials. Most recently, Mr. Silk has litigated an accounting fraud case against a Big Four public accounting firm on behalf of a private investment fund, which suffered several hundred million dollars of losses stemming from the fraud at the now bankrupt Lernout & Hauspie Speech Products, N.V., and has served as lead counsel in a securities fraud class action pending in the Northern District of Ohio against OM Group, Inc. on behalf of the Detroit Policemen and Firemen Retirement System.

Mr. Silk was one of the principal attorneys responsible for prosecuting the *In re Independent Energy Holdings Securities Litigation*, a case against the officers and directors of Independent Energy as well as several investment banking firms which underwrote a $200 million secondary offering of ADRs by the U.K.-based Independent Energy. The Independent Energy litigation was recently resolved for $48 million. Mr. Silk has also prosecuted and successfully resolved several other securities class actions, which resulted in substantial cash recoveries for investors, including *In re Sykes Enterprises, Inc. Securities Litigation* in the Middle District of Florida and *In re Advanced Fibre, Inc. Securities Litigation* in the Northern District of California. He was also a member of the litigation team responsible for the successful prosecution of *In re Cendant Corporation Securities Litigation* in the District of New Jersey, which was resolved for $3.2 billion.

Mr. Silk lectures to institutional investors at conferences throughout the country, and has written or substantially contributed to several articles on developments in securities and corporate law, including "Institutional Investors as Lead Plaintiffs: Is There A New And Changing Landscape?", 75 *St. John's Law Review* 31 (Winter 2001); "The Duty To Supervise",

*Poser, Broker-Dealer Law and Regulation*, 3rd Ed. 2000, Chapter 15; and "Derivative Litigation In New York after Marx v. Akers", *New York Business Law Journal*, Vol. 1, No. 1 (Fall 1997).

ADMISSIONS: Admitted to bar, 1996, New York. 1997, U.S. District Courts for the Southern and Eastern Districts of New York.

****

**BLAIR A. NICHOLAS** graduated from the University of California, Santa Barbara in 1992, receiving a B.A. in Economics. Mr. Nicholas received his J.D. from the University of San Diego School of Law in 1995, where he served as Lead Articles Editor of the *San Diego Law Review*.

Mr. Nicholas specializes in the litigation of complex securities class actions on behalf of institutional investors. Recently, Mr. Nicholas served as one of the lead trial attorneys that prosecuted *Rainforest Cafe, Inc. v. State of Wisconsin Investment Board, et al.*, a shareholders' dissenter rights action tried in Hennepin County, Minnesota on behalf of firm clients, the State of Wisconsin Investment Board, Central Florida Investments, and 70 other former investors in the Rainforest Café. He has also prosecuted a number of high profile securities class actions, including the *In re Informix Securities Litigation* action, resolved for $142 million; the *In re Legato Systems Securities Litigation* action, resolved for $85 million; the *In re Network Associates Securities Litigation* action, resolved for $70 million; and the *In re Finova Group Securities Litigation* action, resolved for $42 million.

Mr. Nicholas authored "Reforming the Reform Act and Restoring Investor Confidence in the Securities Markets," which was published in the *Securities Reform Act Litigation Reporter* (Vol. 13, No. 4, July 2002). Mr. Nicholas has served as a member of the American Bar Association's Securities Litigation Committee and was co-editor of the ABA's Securities News. Mr. Nicholas is an active member of the State Bar of California, the Federal Bar Association, the San Diego County Bar Association, and the Association of Business Trial Lawyers of San Diego. He practices in the firm's California office.

ADMISSIONS: Admitted to bar, 1995, California. 1996, Ninth Circuit Court of Appeal. 1996, U.S. District Courts for the Southern, Central and Northern Districts of California. 1996, U.S. District Court for the District of Arizona (1996).

****

**DAVID R. STICKNEY** practices in the firm's California office, where he focuses on complex litigation in state and federal courts nationwide. Mr. Stickney has worked extensively on a number of the firm's prominent cases, including, among others, *The BFA Liquidation Trust v. Arthur Andersen LLP*, which settled during trial for $217 million.

Mr. Stickney received his B.A. from the University of California at Davis in 1993 and his J.D. from The University of Cincinnati College of Law in 1996, where he was a Jacob B. Cox Scholar and Lead Articles Editor of *The University of Cincinnati Law Review*. During 1996-1997, Mr. Stickney served as law clerk to the Honorable Bailey Brown of the United States Court of Appeals for the Sixth Circuit.

Mr. Stickney has authored and co-authored several articles concerning securities litigation and class actions. His professional affiliations include the American Bar Association and the Association of Business Trial Lawyers.

ADMISSIONS: Admitted to bar, 1997, California. 1997, U.S. Court of Appeals for the Sixth Circuit. 1997, U.S. District Courts for the Northern, Southern and Central Districts of California.

## OF COUNSEL

**G. ANTHONY GELDERMAN, III** , formerly a partner with Tarcza & Gelderman in New Orleans, Louisiana, has served as Of Counsel to BLB&G for the last several years and heads the firm's Louisiana office.

Mr. Gelderman served as Chief of Staff and General Counsel to the Treasurer of the State of Louisiana, (1992 - 1996) and prior to that served as General Counsel to the Louisiana Department of the Treasury. Mr. Gelderman also coordinated all legislative matters for the State Treasurer during his tenure with the Treasury Department. Earlier in Mr. Gelderman's legal career, he served as law clerk to U.S. District Judge Charles Schwartz, Jr., Eastern District of Louisiana (1986 - 1987).

Mr. Gelderman is a former adjunct professor of law at the Tulane Law School where he has taught a course in legislative process. He is a member of the Louisiana State (Chairman, Young Lawyers Continuing Legal Education Committee, 1990-1993) and American Bar Associations. In 1995, Mr. Gelderman was profiled by the American Bar Association in *Barrister* magazine as one of the 25 young lawyers in America making a difference in the legal profession.

ADMISSIONS: Admitted to bar, 1986, Louisiana. 1997, U.S. District Courts for the Eastern District and Middle District of Louisiana.

**DEBORAH STURMAN** is a distinguished international litigator. She represents European institutional investors in securities actions in the United States and also counsels European investors in connection with their United States investments.

Ms. Sturman conceived of and filed the first suits in United States courts on behalf of Holocaust-era slave labor victims that led to recoveries of approximately $7 billion. She has been profiled in both *The Wall Street Journal* and *Financial Times* for her innovative lawyering. Ms. Sturman regularly appears as a legal commentator on German, Dutch and Belgian television, as well as on numerous international and national Continuing Legal Education panels for complex and international litigation.

During the 1990's, she represented Holocaust survivors and their heirs seeking restitution of real property in the former East Germany "Aryanized" during World War II. Deborah is a member of the California Holocaust Era Insurance Oversight Committee, to which she was appointed by California Governor Gray Davis in 2000. She was also appointed Special Liaison Counsel in *In re Holocaust Victim Assets Litigation*. In 2000, she was a runner-up for *National Law Journal* Lawyer of the Year.

Ms. Sturman received a *Prix d'Excellence* from the Royal Brussels Conservatory of Music and a J.D. from the University of California at Los Angeles School of Law. She practices primarily out of the firm's New York office.

ADMISSIONS: Admitted to bar, 1995, California. 1995, Supreme Court of the State of California. 1999, Federal Circuit Court of Appeals and U.S. District Court for the District of Columbia. Admitted to bar, 2000, New York. 2000, U.S. District Courts for the Southern and Eastern Districts of New York. 2000, U.S. Court of Appeals, Second Circuit.

**RONALD LITOWITZ**, a founding partner of the firm, has practiced in the areas of securities fraud and derivative litigation.

Mr. Litowitz received his bachelor's degree from Williams College in 1961 and his J.D. from New York University (LL.B.) in 1964 where he was a John Norton Pomeroy Scholar. Mr. Litowitz was also the Editor of the *Annual Survey of American Law* from 1963-1964.

ADMISSIONS: Admitted to bar, 1965, New Jersey and U.S. District Court, District of New Jersey. 1967, New York, U.S. District Court for the Southern and Eastern Districts of New York and U.S. Court of Appeals, Second, Sixth and Ninth Circuits. 1986, U.S. Supreme Court.

## SENIOR COUNSEL

**ROCHELLE FEDER HANSEN,** Senior Counsel to the firm, received her B.A. from Brooklyn College of the City University of New York in 1966 and her M.S. in 1976. She received her J.D., *magna cum laude*, from Benjamin N. Cardozo School of Law in 1979, where she was a member of the *Law Review*.

Ms. Hansen was the principal associate on a number of high profile securities fraud cases at the firm, including *StorageTechnology*, *First Republic*, and the *RJR Nabisco Litigation*. She has also acted as Antitrust Program Coordinator for Columbia Law School's Continuing Legal Education Trial Practice Program for Lawyers.

She is a member of the bar of the State of New York (1980), the U.S. District Courts for the Southern (1980) and Eastern (1980) Districts of New York, and the U.S. Court of Appeals, Fifth Circuit (1993) as well as the Northern District of New York (1996).

**JEFFREY N. LEIBELL** specializes in prosecuting securities class actions as well as derivative actions involving breaches of fiduciary duty and corporate governance on behalf of the firm's clients.

Also a Certified Public Accountant, Mr. Leibell served as a Senior Manager in the Audit Department of Deloitte & Touche LLP, where he audited "Fortune 500" and other companies in a variety of industries, prior to attending law school. Since joining the firm in 1996, he has prosecuted a number of the firm's most significant cases, including *In re Cendant Corporation Securities Litigation*, which resulted in a $3.2 billion settlement, and *McCall v. Scott*, the *Columbia/HCA Derivative Litigation*.

He received his B.S., *cum laude*, in Accounting from Brooklyn College of the City University of New York in 1979, and a J.D. from Columbia University in 1992, where he was the Senior Notes Editor of the *Columbia Business Law Review* and a Harlan Fiske Stone Scholar.

Mr. Leibell is the author of "Accountant's Liability in the Savings & Loan Crisis: An Argument in Favor of Affirmative Defenses."

Mr. Leibell is a member of the New York State Society of Certified Public Accountants, the New York State Bar Association and the American Bar Association.

He is admitted to the bar of the State of New York (1992), U.S. District Courts for the Southern and Eastern Districts of New York (1993), U.S. Court of Appeals, Second Circuit (1996), U.S. District Court for the Eastern District of Michigan (1996), U.S. Court of Appeals, Sixth Circuit (1999), U.S. District Court for the District of Colorado (2000) and the U.S. Court of Appeals, Third Circuit (2000).

**ASSOCIATES**

**JERALD BIEN-WILLNER** received his B.A., *cum laude*, from Claremont McKenna College in 1997 where he was Dean's List, a Claremont McKenna Distinguished Scholar, a recipient of the McKenna Scholar four year merit scholarship and was recognized by the faculty as the outstanding Literature graduate in his class. Mr. Bien-Willner received his J.D. from the University of Arizona College of Law in 2002 where he was a member of the Moot Court Board, National Moot Court Team and awarded Best Oral Advocate, and a Snell and Wilmer Scholar receiving a full academic merit scholarship. During law school at Arizona, Mr. Bien-Willner was selected to research and analyze trends in class action securities litigation for Professor Elliot Weiss. He assisted Professor Weiss in writing a treatise on lead plaintiff issues and in preparing for oral argument before the Ninth Circuit Court of Appeals. Prior to joining the firm, Mr. Bien-Willner was in-house counsel for a real estate holding company where he advised on legal and business matters and prosecuted securities, tort, contract, real estate and insurance bad faith actions together with outside counsel. He is a member of the bars of the States of Arizona (2003) and California (2003) as well as the U.S. District Courts for the Southern and Central Districts of California (2003). Mr. Bien-Willner is fluent in Spanish and practices out of the firm's California office.

**JAVIER BLEICHMAR** received his bachelor's degree in 1992 from the University of Pennsylvania, and received his J.D. from Columbia Law School in 1998, where he was a Harlan Fiske Stone Scholar and Managing Editor of the *Journal of Law and Social Problems*. Mr. Bleichmar is the author of "Deportation as Punishment: A Historical Analysis of the British Practice of Banishment and Its Impact on Modern Constitutional Law," published in the Fall 1999 volume of the *Georgetown Immigration Law Journal*. He has actively participated in the Immigrants' Rights Project sponsored by the New York State Defenders' Association. Mr. Bleichmar's practice at the firm focuses on securities fraud litigation. Together with firm partners Daniel Berger and Steven Singer, Mr. Bleichmar successfully prosecuted *In re Conseco Securities Litigation* resulting in a $120 million settlement. He is a member of the bar of the State of New York (1999) as well as the U.S. District Courts for the Southern and Eastern Districts of New York (1999).

**KENT A. BRONSON** received his B.A. from Binghamton University in 1994, and received his J.D. from the University of Pittsburgh School of Law, *cum laude*, where he was Research Editor of the *University of Pittsburgh Law Review*. Prior to joining the firm, Mr. Bronson prosecuted complex consumer fraud and securities fraud class actions and derivative cases, and was part of a team of attorneys which prosecuted the *In re Providian Financial*

*Corporation Securities Litigation*. Additionally, he co-authored "Investor Oversight Over the Issuance of Stock Options" for the New York Law Journal (September 20, 2000). Mr. Bronson is a member of the teams prosecuting *In re The Goodyear Tire & Rubber Company Securities Litigation*, with BLB&G partner Jerry Silk and *In re Symbol Technologies, Inc. Securities Litigation*, with BLB&G partner Dan Berger. He is a member of the bar of the State of New York (1999) as well as the U.S. District Court for the Northern District of New York (1999) and the United States District Courts for the Southern and Eastern Districts of New York (2000).

**JOHN C. BROWNE** received his B.A., *magna cum laude*, in 1994 from James Madison University and his J.D., *cum laude*, in 1998 from Cornell Law School where he was General Editor of the *Cornell Law Review*. Prior to joining the firm, Mr. Browne was a litigation associate at Latham & Watkins where he had a wide range of experience in commercial litigation. He is member of the bar of the State of New York (2000) and U.S. District Court for the Southern District of New York (2000).

**TIMOTHY A. DeLANGE** received his B.A. from the University of California, Riverside in 1994 and his J.D. from the University of San Diego School of Law in 1997. He was the 1994 recipient of the American Jurisprudence award in Contracts. Prior to joining the firm, Mr. DeLange practiced complex litigation at Brobeck, Phleger & Harrison LLP. He is admitted to bar of the State of California (1997), the U.S. District Court for the Southern District of California (1997) and the U.S. District Court for the Central District of California (2001). Mr. DeLange practices out of the firm's California office.

**ALICIA M. DUFF** received her B.A, *cum laude*, in 1994 from the University of Massachusetts at Amherst, where she was a member of the University Honors Program. She received her J.D., *magna cum laude,* in 1997 from the Suffolk University Law School where she served on the Editorial Board of the *Suffolk University Law Review* as Articles Editor and authored several articles for the *Law Review*. Prior to joining the firm, Ms. Duff served as a law clerk to the justices of the Superior Court of Massachusetts, practiced general litigation and prosecuted securities class actions in Boston, Massachusetts. She is admitted to the bars of the States of Massachusetts (1997) and New York (2001), the U.S. District Court for the District of Massachusetts (1998) and U.S. Court of Appeals for the First Circuit (2000). Ms. Duff practices out of the firm's California office.

**JENNIFER L. EDLIND** received her B.A., *magna cum laude*, from Cedarville University in 1995 where she was selected by the faculty as Student of the Year and was the recipient of the President's Trophy for leadership and scholarship. She received her J.D. from Brooklyn Law School in 1999 where she was Production Editor of the *Brooklyn Law Review* and a member of the Moot Court Honor Society. After law school, Ms. Edlind worked as a litigation associate at Robinson Silverman Pearce Aronsohn & Berman LLP in New York. Immediately prior to joining the firm, she clerked for the Honorable Richard M. Berman, United States District Judge for the Southern District of New York. She is a member of the Federal Bar Council Inn of Court. Together with firm partners Max Berger, Sean Coffey and Steven Singer, Ms. Edlind is currently on the team responsible for prosecuting the *In re WorldCom, Inc. Securities Litigation*. She is admitted to the bar of the State of New York (2000) and the U. S. District Courts for the Eastern and Southern Districts of New York (2000).

**WENDY ERDLY** received her B.A., *magna cum laude*, from Lafayette College in 1999, where she was Phi Beta Kappa, and received her J.D. from Vanderbilt University Law School in 2002 where she was Dean's List, the Chief Justice of the Moot Court Board and the recipient of the award for Scholastic Excellence in Constitutional Law. Prior to joining the firm, Ms. Erdly was a litigation associate with Dewey Ballantine where her practice included securities fraud, white collar criminal defense (including internal investigations and SEC investigations). Together with BLB&G partners, Dan Berger and Darnley Stewart, she is a member of the team prosecuting the securities class action against the Federal Home Loan Mortgage Corporation ("Freddie Mac"). She is a member of the bar of the State of New York (2003) as well as the U.S. District Courts for the Southern and Eastern Districts of New York (2004).

**JOSEPH A. FONTI** received his B.A. from New York University College of Arts and Science, *cum laude*, in 1996. He received his J.D. from New York University School of Law in 1999 where he was active in Marden Moot Court Competition and a Student Senator-at-Large of the NYU Senate. Prior to joining the firm, Mr. Fonti was a litigation associate at Sullivan & Cromwell in New York. Over the past several years, he has represented victims of domestic violence in affiliation with *inMotion*, an organization that provides pro bono legal services to indigent women. He is admitted to practice in the State of New York (2000) and the U.S. District Courts for the Southern and Eastern Districts of New York (2001).

**BENJAMIN GALDSTON** received his B.A. from Oberlin College in 1990. He received his J.D. from the University of San Diego School of Law in 2000, where he earned the American Trial Lawyers' Association Book Award for Outstanding Scholarship in Appellate Advocacy and the Computer Assisted Learning Institute Award for Excellence in Legal Research. He was also an Executive Board Member of the Appellate Moot Court Board, competed in national Moot Court tournaments, and directed the University of San Diego School of Law National Criminal Procedure Moot Court Tournament while at law school. Before law school, Mr. Galdston was the sole proprietor of Litigation Support Systems, where he designed, constructed and maintained relational document databases for small law firms litigating document-intensive cases. He is the President of the San Diego Barristers Club, a member of the California Bar Association and is admitted to practice in California (2000) and the U.S. District Courts for the Southern, Northern and Central Districts of California (2000). Mr. Galdston practices out of the firm's California office.

**PATRICIA S. GILLANE** received her B.A., *cum laude*, from Columbia University in 1985 and her J.D. from Brooklyn Law School in 1989, where she was an editor of the *Brooklyn Law Review*. Ms. Gillane is the author of the "One Moment in Time: The Second Circuit Ponders Choreographic Photography as a Copyright Infringement: Horgan vs. MacMillan."She is part of the team responsible for successfully prosecuted *In re Bennett Funding Group Litigation*, which arose out of the largest Ponzi scheme in history. Over $150 million has already been recovered for the class as the matter continues to be prosecuted against several remaining defendants. She is a member of the Association of the Bar of the City of New York, where she was a member of the Professional Responsibility Committee from 1996 until 1999 and is also a member of the American Bar Association. Ms. Gillane is a member of the bar of the State of New York (1990) as well as the U.S. District Courts for the Southern and Eastern Districts of New York (1990).

**BEATA GOCYK-FARBER** received her B.A., *summa cum laude*, from Adelphi University in 1994 and her J.D., *summa cum laude*, from the Benjamin N. Cardozo School of Law in 1997 where she was a member of the *Cardozo Law Review* and the Order of the Coif. Prior to receiving her degree at Adelphi, Ms. Gocyk-Farber was awarded the Scholarship for Academic Excellence at Jagiellonian University in Cracow, Poland. At Cardozo she was a Balkin Scholar and the recipient of the West Publishing Award for Academic Excellence. She authored "Patenting Medical Procedures: In Search of a Compromise Between Ethics and Economics" for the *Law Review* in 1997. Prior to joining BLB&G in 2001, Ms. Gocyk-Farber was an associate with Cleary Gottlieb Steen & Hamilton. She is a member of the International Law Section of the American Bar Association and is admitted to practice in the State of New York (1998).

**HANNAH E. GREENWALD** received her B.A, *cum laude*, from Cornell University in 1995, and received her J.D. from the Dickinson School of Law of The Pennsylvania State University, where she was a member of the Woolsack Honor Society, in 1998. While at Dickinson, Ms. Greenwald was a Comments Editor of the Dickinson Law Review. She was also the recipient of the D. Arthur Magaziner Human Services Award, awarded to the senior who has demonstrated good character, sound academic performance, high ethical standards, fidelity to the highest goals of the profession and commitment to selfless human service. Before joining BLB&G, Ms. Greenwald was a prosecutor in the Insurance and Unemployment Fraud Division of the Massachusetts Attorney General's office. Prior to that, she was an Assistant District Attorney in the Middlesex County (Massachusetts) District Attorney's office from 1998 to 2000. Ms. Greenwald is admitted to practice in States of Massachusetts (1998) and New York (2002).

**DAVID R. HASSEL** received his B.A., *magna cum laude*, in 1995 from St. Olaf College, Northfield, Minnesota in Political Thought, and a J.D. with High Distinction/Special Honors from the University of Iowa in 1995, where he was a member of the *Iowa Law Review* and Associate Editor of the *Journal of Transnational Law & Contemporary Problems*. Prior to joining the firm, Mr. Hassel was a litigation associate at Dewey Ballantine, LLP in its New York office, representing clients in private securities litigation, informal inquiries from the SEC and SROs and general corporate governance issues as well as general commercial litigation. Together with firm partners Max Berger, Sean Coffey, Steven Singer and Chad Johnson, Mr. Hassel is currently on the team responsible for prosecuting the *In re WorldCom, Inc. Securities Litigation*. He is admitted to the bars of the States of Massachusetts (2000) and New York (2002).

**AVI JOSEFSON** received his B.A., *cum laude*, from Brandeis University in 1997 and his J.D., *Dean's List*, from Northwestern University in 2000. At Northwestern, Mr. Josefson represented indigent juvenile and adult clients in various courts and was awarded the Justice Stevens Public Interest Fellowship (1999) and the Public Interest Law Initiative Fellowship (2000). He is a co-author of several articles including "Top 10 Considerations When Seeking Insurance Recovery for E-Commerce and Internet Claims," which he wrote for the 19th Annual ABA Mid-year Meeting of Committee on Corporate Counsel Materials, as well as "Political and Currency Risk Insurance" and "It's Not a Small World After All: Meeting the Challenge of Global Risks" which he wrote for the *Manufacturers Alliance Risk Management Councils I & II*. He is admitted to practice in the state of Illinois (2000).

**ERIC T. KANEFSKY** received his B.A. in 1999 from The George Washington University and his J.D., *cum laude,* from Temple University in 2002, where he was Associate Research Editor of the *Temple Law Review*. While at Temple, Eric served as a student law clerk to The Honorable Bruce W. Kauffman, United States District Judge for the Eastern District of Pennsylvania and The Honorable James R. Melinson, Chief Magistrate Judge for the Eastern District of Pennsylvania. After law school, Mr. Kanefsky was a litigation associate in the White Collar and Government Enforcement Group at Ballard Spahr Andrews & Ingersoll LLP in Philadelphia. He is admitted to the bars of the State of Pennsylvania (2002), New Jersey (2002), the U.S. District Court for the Eastern District of Pennsylvania (2003) and the U.S. District Court for the District of New Jersey (2003).

**JOHN A. KEHOE** received a B.A. from DePaul University in 1986 and a Master's degree in Public Administration from the University of Vermont in 1994 where he was vice president of the Public Administration Student's Association. He received his J.D., *magna cum laude*, from Syracuse University College of Law in 1997 where he was an Associate Editor of the *Syracuse Law Review*, an Associate Member of the Moot Court Board, and an alternate member on the National Appellate Team. Prior to joining the firm, Mr. Kehoe had extensive securities and antitrust litigation experience as an associate at Clifford Chance US LLP, where he had a prominent role representing a pharmaceutical manufacturer in *In re Vitamin Antitrust Litigation*, a case that resulted in the largest antitrust settlement in U.S. history. Prior to law school, he worked as a police officer with the Burlington and Brattleboro, Vermont police departments where he was a member of the Special Reaction Team, the Major Accident Investigation Team and was a Field Training Officer. He investigated numerous felonies, including homicides, armed robberies and assorted white collar crimes. Mr. Kehoe is a member of the team prosecuting *In re Bristol Myers Squibb Securities Litigation*; *In re Merck Securities Litigation* and the *Suprema Specialties Securities Litigation*. He is admitted to the bar of the State of New York (1999) and the U.S. District Court for the Southern District of New York (1999).

**EITAN MISULOVIN** received his B.S. from Boston University's School of Management in 1997. He then completed Hofstra University's joint-degree program in three years, receiving his M.B.A., *With Distinction*, and his J.D., *Dean's List*, in 2001. He is the author of "The Group Legal Plan Revolution: Bright Horizon or Dark Future?" for the *Hofstra Labor & Employment Law Journal*. Mr. Misulovin is a Series 7 and Series 63 licensed securities dealer and is fluent in English, Russian and Hebrew. He is a member of the bars of the States of New Jersey (2001) and New York (2002) and is admitted to practice in the U.S. District Courts for the District of New Jersey (2001) and the Southern and Eastern Districts of New York (2002).

**NIKI L. O'NEEL** received her B.A. from the University of Oregon in 1994. Ms. O'Neel received her J.D. from the University of Oregon School of Law in 1997 where she was a member of the Order of the Coif and a Managing Editor of the Oregon Law Review, for which she wrote "Rooney v. Kulongoski, Limiting the Principle of Separation of Powers?" She served as judicial law clerk to the Honorable Chief Judge Michael R. Hogan of the United States District Court for the District of Oregon from 1998 to 2001 where she received the Distinguished Service Recognition in September 2001. Before joining BLB&G, Ms. O'Neel represented both plaintiffs and defendants in commercial and employment litigation, practicing in both Hawaii and California. Ms. O'Neel is a member of the Federal Bar Committee of the San Diego County Bar

Association. She is admitted to the bars of the States of Hawaii (1997) and California (2001) and practices out of the firm's California Office.

**STEPHEN W. TOUNTAS** received his B.A. from Union College in 2000 and his J.D. from Washington University School of Law in 2003 where he was a Scholar in Law. While at Washington University, he was Editor-in-Chief of the *Washington University Journal of Law and Policy*, as well as a Finalist in the annual Environmental Moot Court competition. Additionally, Mr. Tountas worked as Research Assistant to Dean Joel Seligman, one of the country's foremost experts on securities law, for whom he performed extensive research to update the most recent two volumes of Loss & Seligman on Securities Regulation. Mr. Tountas is the author of "Carnivore: Is the Regulation of Wireless Technology a Legally Viable Option to Curtail the Growth of Cybercrime," published in 11 Wash. U. J.L. & Pol'y 351. In recognition of this Note, the faculty selected him to receive the Scribe's Award, presented annually to a student who authors an exemplary Note of outstanding publishable quality. Together with firm partners Daniel Berger and Chad Johnson, he is currently a member of the team responsible for prosecuting the *In re OM Group, Inc. Securities Litigation*. He is admitted to the bar of the State of New Jersey (2003).

**VICTORIA O. WILHEIM** received her B.A. from California State University at Long Beach in 1992 and her J.D. from Southwestern University School of Law in 1996, where she was a member of the Moot Court Honors program. Ms. Wilheim prosecutes securities and discrimination class actions on behalf of the firm's clients. She is a member of the bars of the states of California (1996) and New York (1999).