**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| IN RE CHRONIMED INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) ) ) | Master File No. 01-CV-1092 (DWF/AJB) |

I hereby certify that on June 15, 2004, I caused the following documents:

1. Motion for Approval of Settlement, the Plan of Allocation and Award of Attorneys' Fees and Reimbursement of Expenses;

2. Notice of Motion for Approval of Settlement, the Plan of Allocation and Award of Attorneys' Fees and Reimbursement of Expenses;

3. Lead Plaintiff's Memorandum of Law In Support of Approval of Settlement, the Plan of Allocation and Award of Attorneys' Fees and Reimbursement of Expenses;

4. Affidavit of Gregg M. Fishbein In Support of Application for Reimbursement of Fees and Expenses Filed On Behalf of Lockridge Grindal Nauen P.L.L.P.;

5. Affidavit of Daniel L. Berger In Support of Application for Reimbursement of Fees and Expenses Filed On Behalf of Bernstein Litowitz Berger & Grossmann LLP; and

6. Affidavit of Jack R. Digiovanni.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Peter W. Carter
Heather J. Klaas
Mitchell Widell Granberg
DORSEY & WHITNEY
50 6th Street South, Ste. 1500
Minneapolis, MN 55402-1498

I further certify that all counsel of record were separately served, by U.S. Mail, copies of:

1. Order and Final Judgment; and

2. Order Awarding Plaintiff's Counsel's Fees and Expenses.

Both Proposed Orders were separately e-mailed to Judge Frank, pursuant to Section G.2 of the Electronic Case Filing Procedures for this District.

Dated: June 15, 2004

**s/Gregory J. Myers**

Gregory J. Myers
Bar No.: 287398
Richard A. Lockridge
Bar No.: 64117
Gregg M. Fishbein
Bar No.: 202009
Attorneys for Plaintiff
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Fax: (612) 339-0981