# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | | |
|---|---|---|
| JUDITH BARCLAY, ET AL., Plaintiff, | ) | **COURT MINUTES** BEFORE: DONOVAN W. FRANK U.S. Judge |
| v. | ) | Case No: 01-1092 (DWF/AJB) |
| | ) | Date: JUNE 18, 2004 |
| CHRONIMED, INC., ET AL., | ) | Court Reporter: JEANNE ANDERSON |
| | ) | Time Commenced: 11:00 |
| Defendant. | ) | Time Concluded: 11:30 |
| | ) | Time in Court: Hours & 30 Minutes |

Hearing on: **APPROVAL OF SETTLEMENT -APPROVED.**
**APPROVAL OF ATTORNEY'S FEES - APPROVED.**

APPEARANCES:

Plaintiff: GREG FISHBEIN, GREG MYERS
Defendant: PETER CARTER, HEATHER KLAAS

PROCEEDINGS:

9 Plaintiff's Witnesses:
9 Plaintiff' Exhibits:
9 Defendant's Witnesses:
9 Defendant's Exhibits:

**IT IS ORDERED:

: **Submitted** 9 **Sustained** 9 **Overruled**
9 Brief time set:
9 Written order forthcoming.

s/Lowell Lindquist
Deputy Clerk