# UNITED STATES DISTRICT COURT
## District of Minnesota

IN RE CHRONIMED INC. SECURITIES LITIGATION

THIS DOCUMENT RELATES TO ALL ACTIONS

## JUDGMENT IN A CIVIL CASE

Case Number: 01-1092 DWF/AJB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiff's counsel are hereby awarded 25% of the Gross Settlement Fund in fees, which the Court finds to be fair and reasonable, and $135,000 in reimbursement of expenses, which expenses shall be paid to Plaintiff's Lead Counsel, Bernstein Litowitz Berger & Grossmann LLP, and Plaintiff's Liaison Counsel, Lockridge Grindal Nauen P.L.L.P from the Settlement Fund.
2. These fees and expenses shall be paid from the Gross Settlement Fund, into which Defendants shall cause to be deposited the Settlement Amount of $2.2 million, less the $135,000 already paid pursuant to Paragraph 9 of the Stipulation of Settlement for purposes of Settlement administration, into an Escrow Account on behalf of Lead Plaintiff and the Settlement Class within five (5) days of the entry of the Order of Final Judgment. These fees and expenses shall then be paid to Plaintiff's Lead Counsel within ten (10) business days of the award, notwithstanding the existence of any timely filed objections thereto, or potential for appeal therefrom, or collateral attack on the Settlement of any part thereof, subject to the obligation of each Plaintiff's Lead Counsel, if and when (i) as a result of any appeal and/or further proceeding on remand, or successful collateral attack, the fee or cost award is reduced or reversed; or (ii) if the award order does not become final, if the Settlement itself is voided by any party as provided herein; or (iii) if the Settlement is later reversed or modified by any court, to refund to the Gross Settlement Fund, including the $135,000 paid pursuant to Paragraph 9 of the Stipulation of Settlement, within ten (10) days of such event, the amount received by each, plus accrued interest at the rate paid on the Escrow Account by the financial institution holding it.
3. The award of attorney fees and expenses shall be allocated by Plaintiff's Lead Counsel amongst plaintiffs' counsel in a manner in which Plaintiff's Lead Counsel in good faith believes reflects the contributions of any such counsel to the prosecution and settlement of the Action.

June 23, 2004 | RICHARD D. SLETTEN, CLERK

Date

s/Rena J. Lexvold

(By) Rena J. Lexvold, Deputy Clerk