**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE CHRONIMED INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Master File No. 01-CV-1092 (DWF/AJB) |

**LEAD PLAINTIFF'S MOTION FOR AN ORDER AUTHORIZING DISTRIBUTION OF NET SETTLEMENT FUND**

**ORAL ARGUMENT NOT REQUESTED**

In order to effectuate distribution of the In re Chronimed, Inc. Securities Litigation Net Settlement Fund to Class Members who filed valid claims against the Fund, Lead Plaintiff's Counsel hereby move the Court for an Order:

1. Approving the determinations made by the Claims Administrator, The Garden City Group, Inc. ("GCG"), to accept or reject claims, including approving the acceptance of 29 claims that were postmarked after the August 18, 2004 deadline;

2. Approving payment from the $135,000 earmarked for costs and expenses associated with the administration of the Settlement of $114,986.53 for the Claims Administrator's incurred and anticipated fees and expenses associated with the administration of the Settlement.

3. Authorizing and directing the distribution of the Net Settlement Fund to claimants who filed valid claims.

4. Authorizing the destruction of paper copies of Proof of Claim forms and all supporting documentation one year after distribution of the Net Settlement Fund and the

destruction of electronic copies of the same three years after the distribution of the Net Settlement Fund; and

5. If any funds remain in the Net Settlement Fund one year after the initial distribution to claimants and after the Claims Administrator has made reasonable and diligent efforts to contact claimants who have not cashed checks, authorizing the Claims Administrator to:

a. if practical, re-distribute the remaining funds to Class Members who have cashed their initial distribution checks and who would receive at least $10 from such re-distribution and, six months after any such re-distribution, donate any funds remaining in the Net Settlement Fund to the Fund for the Legal Aid Society and close all Settlement Fund bank accounts; or

b. if redistribution described in paragraph 5(a) is not practical, donate any remaining funds to the Fund for the Legal Aid Society and close all accounts relating to the Chronimed Inc. Securities Litigation settlement.

This motion is based upon the accompanying Memorandum in Support of Motion for an Order Authorizing Distribution of the Net Settlement Fund and the Affidavit of Jack R. DiGiovanni, with exhibits, dated April 28, 2005, which are filed contemporaneously with this motion.

Please note that a hearing has not been scheduled for this motion.

Dated: May 6, 2005

**s/ Gregory J. Myers**
Richard A. Lockridge
Bar No.: 64117
Gregg M. Fishbein
Bar No.: 202009

Gregory J. Myers
Bar No.: 287398
Attorneys for Plaintiff
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Fax: (612) 339-0981

Daniel L. Berger
Jeffrey N. Leibell
Avi Josefson
Attorneys for Plaintiff
BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
1285 Avenue of the Americas, 33rd Floor
New York, NY 10019
Telephone: (212) 554-1400