**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| IN RE CHRONIMED INC. SECURITIES LITIGATION | ) ) ) | Master File No. 01-CV-1092 (DWF/AJB) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) | |

TO: DEFENDANTS AND THEIR ATTORNEYS PETER W. CARTER AND HEATHER J. KLAAS, DORSEY & WHITNEY LLP, SUITE 1500, 50 SOUTH SIXTH STREET, MINNEAPOLIS, MN 55402-1498

**LEAD PLAINTIFF'S NOTICE OF MOTION FOR AN ORDER AUTHORIZING DISTRIBUTION OF NET SETTLEMENT FUND**

**ORAL ARGUMENT NOT REQUESTED**

PLEASE TAKE NOTICE that Lead Plaintiff has moved the Court, the Honorable Judge Donovan W. Frank, United States District Court, Courtroom 738, Warren E. Burger Federal Bldg., 316 North Robert Street, St. Paul, Minnesota, for an Order:

1. Approving the determinations made by the Claims Administrator, The Garden City Group, Inc. ("GCG"), to accept or reject claims, including approving the acceptance of 29 claims that were postmarked after the August 18, 2004 deadline;

2. Approving payment from the $135,000 earmarked for costs and expenses associated with the administration of the Settlement of $114,986.53 for the Claims Administrator's incurred and anticipated fees and expenses associated with the administration of the Settlement.

3. Authorizing and directing the distribution of the Net Settlement Fund to claimants who filed valid claims;

4. Authorizing the destruction of paper copies of Proof of Claim forms and all supporting documentation one year after distribution of the Net Settlement Fund and the destruction of electronic copies of the same three years after the distribution of the Net Settlement Fund; and

5. If any funds remain in the Net Settlement Fund one year after the initial distribution to claimants and after the Claims Administrator has made reasonable and diligent efforts to contact claimants who have not cashed checks, authorizing the Claims Administrator to:

a. if practical, re-distribute the remaining funds to Class Members who have cashed their initial distribution checks and who would receive at least $10 from such re-distribution and, six months after any such re-distribution, donate any funds remaining in the Net Settlement Fund to the Fund for the Legal Aid Society and close all Settlement Fund bank accounts; or

b. if redistribution described in paragraph 5(a) is not practical, donate any remaining funds to the Fund for the Legal Aid Society and close all accounts relating to the Chronimed Inc. Securities Litigation settlement.

Please note that a hearing has not been scheduled for this motion.

Dated: May 6, 2005

**s/ Gregory J. Myers**
Richard A. Lockridge
Bar No.: 64117
Gregg M. Fishbein
Bar No.: 202009
Gregory J. Myers
Bar No.: 287398
Attorneys for Plaintiff
LOCKRIDGE GRINDAL NAUEN P.L.L.P.

100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Fax: (612) 339-0981

Daniel L. Berger
Jeffrey N. Leibell
Avi Josefson
Attorneys for Plaintiff
BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
1285 Avenue of the Americas, 33rd Floor
New York, NY 10019
Telephone: (212) 554-1400