UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE CHRONIMED INC. )<br>SECURITIES LITIGATION )<br>)<br>THIS DOCUMENT RELATES TO ALL ACTIONS )<br>) | Master File No.<br>01-CV-1092 (DWF/AJB) |

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2005, I caused the following documents:

1. Lead Plaintiff's Motion for an Order Authorizing Distribution of Net Settlement Fund;

2. Lead Plaintiff's Notice of Motion for an Order Authorizing Distribution of Net Settlement Fund;

3. Lead Plaintiff's Memorandum In Support Of Its Motion For An Order Authorizing Distribution of Net Settlement Fund;

4. Affidavit of Jack R. DiGiovanni; and

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **Carolyn Glass Anderson**
  cga@zimmreed.com

- **Peter W Carter**
  carter.peter@dorsey.com

- **Mitchell W Granberg**
  granberg.mitchell@dorsey.com

- **Heather J Klaas**
  klaas.heather@dorsey.com

- **Charles S Zimmerman**
  csz@zimmreed.com

343562-1

I further certify that all counsel of record listed above were separately served, by U.S. Mail, the **Proposed** Order Authorizing Distribution of Net Settlement Fund which was separately e-mailed to Judge Frank pursuant to Section G.2 of the Electronic Case Filing Procedures for this District.

Dated:  May 6, 2005

s/Gregory J. Myers
Gregory J. Myers
Bar Number 287398
Attorney for
Lockridge Grindal Nauen P.L.L.P.
100 Washington Ave. South
Suite 2200
Minneapolis, MN  55401
Telephone:  (612) 339-6900
Fax:  (612) 339-0981